**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 218 Broadway, LLC and Pentalon Construction, Inc.,<br><br>Plaintiffs,<br>v.<br><br>J.P. Morgan Chase Bank, N.A.; Wells Fargo Bank, N.A.; and John Doe Chase Employees #1-#10,<br><br>Defendants. | Case No. 1:25-CV-07386—LJL |

**DECLARATION OF SYLVIA E. SIMSON IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS**

I, Sylvia E. Simson, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York. I am a shareholder with the law firm of Greenberg Traurig, LLP, attorneys of record for JPMorgan Chase Bank, N.A. ("Chase"). I submit this Declaration in support of Chase's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion").

2. A true and correct copy of the Business Signature Card signed December 8, 2018 for a Chase Total Business Checking account ending 0213 is attached hereto as **Exhibit A**.[1]

3. A true and correct copy of a business record maintained by Chase detailing the information relating to the wire transfer initiated by 218 Broadway, LLC on December 14, 2023, including its date, amount, the account it came from, and where it was sent, is attached hereto as **Exhibit B.**

[1] Personal information in both Exhibits A & B to this Declaration have been redacted as appropriate.

I declare under penalty of perjury under the laws of the United States that the foregoing Declaration is true and correct.

Executed on November 12, 2025
New York, New York

*/s/ Sylvia E. Simson*
Sylvia E. Simson