CHASE

# Business Signature Card (Sole Proprietor)

**ACCOUNT TITLE ("DEPOSITOR")**
THEODORE KAMPENGA III
DBA SANTA CLARITA AIR CONDITIONING AND HEATING

**BUSINESS ADDRESS**
[redacted]

| | |
|---|---|
| **ACCOUNT NUMBER** | [redacted]0213 |
| **ACCOUNT TYPE** | Chase Total Business Checking |
| **TAXPAYER ID NUMBER** | [redacted] |
| **DATE OPENED** | 12/08/2018 |
| **FORM OF BUSINESS** | Sole Proprietorship |
| **ISSUED BY** | JPMorgan Chase Bank, N.A ( 703 ) |
| | [redacted] |
| | 12/08/2018 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Personal ID | | | | |

**SIGNER(S) TO BE ADDED LATER** MICHELLE C KAMPENGA, DAVID EDWARD KAMPENGA, EXP 01/07/2019

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business ("Authorized Persons"). Each Authorized Person may sign any and all checks, drafts, and orders drawn against **any** account of the Depositor at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Depositor, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

** When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 1) | THEODORE KAMPENGA III | [redacted] | | Owner | 12-8-18 | Theodore Kampenga III |
| 2) | | | | | | |



M1207-02-13-CS (5/14 v3)

Scan

CHASE

ACCOUNT NUMBER [redacted]0213

# Business Signature Card (Sole Proprietor)

| | PRINTED NAME | **TELEPHONE NUMBER | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|---|---|
| 3) | | | | | | |
| 4) | | | | | | |
| 5) | | | | | | |
| 6) | | | | | | |
| 7) | | | | | | |
| 8) | | | | | | |
| 9) | | | | | | |

Exemption from FATCA reporting code (if any) __________ [According to the IRS Form W-9 instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

***CERTIFICATION** -The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Depositor is exempt from FATCA reporting is correct.*

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

***The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.***

Theodore Kampenga III (signature) — 12/8/18

Sole Proprietor/Depositor — Date

THEODORE KAMPENGA III

Printed Name



M1207-02-13-CS (5/14 v3)

Scan