← Previous TRN [redacted] UETR [redacted] Next →

## Work Item References

[redacted]

## RCCS Claim References

[redacted]

## Payment transaction

Transaction Reference: [redacted]

### Amounts & dates

**Amount**
637,566.33/USD

**Debit Comm Charges**
0.00/USD

**Credit Comm Charges**
0.00/USD

**Debit B/D Amount**
0.00 / USD

**Credit B/D Amount**
0.00 / USD

**Debit Value Date**
--

**Credit Value Date**
12/14/2023

**Transaction Date**
12/14/2023

**Original Date**
12/14/2023

**ACH Value Date**
--

### Party data

#### Debit party

#### Credit party

**ID**
[redacted]

**Account**
[redacted]0213

**Code**
——

**Entity**
01

**Address**
THEODORE KAMPENGA III DBA SANTA
CLARITA AIR CONDITIONING AND H
[redacted]

#### Virtual Debit Party

**ID**
——

#### Virtual Credit Party

**ID**
——

#### Sending bank

**ID**
[redacted]

**Account**
[redacted]0248

**Code**
WELLFARGSIOUX

**Entity**
01

**Address**
WELLS FARGO BANK, N.A
101 NORTH PHILLIPS AVENUE
SIOUX FALLS SD US
——

#### Receiving bank

#### Order Customer

[redacted]
218 BROADWAY, LLC
150 S STATE ST STE 300 STE 137
SALT LAKE CITY, UT 84111-1752
——

#### Beneficiary bank