Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
730 Third Avenue
New York, New York 10017
(212) 223-0400
*bleinbach@zeklaw.com*

*Attorneys for Defendant*
*Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 218 Broadway, LLC and Pentalon Construction, Inc.<br><br>Plaintiffs,<br><br>- against -<br><br>J.P. Morgan Chase Bank, N.A.; Wells Fargo Bank, N.A.; and John Doe Chase Employees #1-#10,<br><br>Defendants. | Case No.: 1:25-cv-07386-LJL<br><br>**DECLARATION OF**<br>**ERICA D. COOK** |

Erica D. Cook, pursuant to 28 U.S.C. § 1746, states the following:

1. I am a Business Execution Consultant at Wells Fargo Bank, N.A. ("Wells Fargo").

2. In the regular performance of my job functions, I have had access to, am familiar with and have knowledge of, the business records (the "Records") relating to the history and administration applicable to a Wells Fargo account ending in 2109 maintained by plaintiff 218 Broadway, LLC at Wells Fargo (the "Account"). These Records were made at or near the time of the actions or events they reflect by, or from information transmitted from, a person with knowledge of the subject transaction. The Records are and have been maintained in the regular

course of Wells Fargo's business and it is the regular course of Wells Fargo's business to make and maintain such records and to rely on them in the ordinary course of its business.

3. I have personal knowledge of the way the Records were created and kept, and I have personal knowledge of Wells Fargo's record-keeping practices and procedures. I have reviewed and relied upon the Records contemporaneously created and regularly maintained and utilized by Wells Fargo in the ordinary course of its business, and for the Account.

4. Additionally, the documents appended hereto are true and accurate copies of the originals thereof and were all maintained and reproduced in the regular course of Wells Fargo's business.

5. Attached hereto as **Exhibit 1** is a true and accurate copy of the Wire Transfer Services Outgoing Wire Transfer Request dated December 14, 2023.

6. Attached hereto as **Exhibit 2** is a true and accurate copy of the Business Account Application dated May 28, 2021 for the Account.

7. Attached hereto as **Exhibit 3** is a true and accurate copy of the Wells Fargo's Deposit Account Agreement effective May 28, 2021.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2025

ERICA D. COOK
Business Execution Consultant
Wells Fargo Bank, N.A.