# EXHIBIT 2

# Business Account Application

WELLS FARGO

| Bank Name: | Branch Name: | | |
|---|---|---|---|
| WELLS FARGO BANK, N.A. | WELLS FARGO CENTER | | |
| **Banker Name:** | **Officer/Portfolio Number:** | **Date:** | |
| SCOTT OWEN | U0050 | 05/28/2021 | |
| **Banker Phone:** | **Branch Number:** | **Banker AU:** | **Banker MAC:** |
| 385/415-8440 | 02803 | 0006595 | U1228-011 |

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## New Account Information

☒ New Deposit Account(s) Only ☐ New Deposit Account(s) and Business Credit Card

Account 1 Product Name: Initiate Business Checking

Purpose of Account 1 : General Operating Account

| COID: | Product: | Account Number: | Opening Deposit: | Type of Funds: |
|---|---|---|---|---|
| 119 | DDA | [redacted]2109 | [redacted] | INTX |

New Account Kit: dallen@landforgeinc.com

Checking/Savings Bonus Offer Available: NO

## Related Customer Information

Customer 1 Name: 218 BROADWAY, LLC

Enterprise Customer Number (ECN): [redacted]

Account Relationship: Sole Owner

Customer 2 Name: J DEREK ALLEN

Enterprise Customer Number (ECN): [redacted]

Account Relationship: Signer

## Checking/Savings Statement Mailing Information

Name(s) and Information Listed on Statement: 218 BROADWAY, LLC

Statement Mailing Address: 150 S STATE ST STE 137

Address Line 2:

City: SALT LAKE CITY

State: UT

ZIP/Postal Code: 84111-1748

Country: US

2W02-001355515933-01

## Customer 1 Information

Customer Name: 218 BROADWAY, LLC

| | |
|---|---|
| Enterprise Customer Number (ECN): [redacted] | Street Address: 150 S STATE ST STE 137 |
| Account Relationship: Sole Owner | Address Line 2: |
| Taxpayer Identification Number (TIN): [redacted] — TIN Type: EIN | Address Line 3: |
| Business Type: Limited Liability Company | City: SALT LAKE CITY — State: UT |
| Business Sub-Type/Tax Classification: Partnership — Non-Profit: No | ZIP/Postal Code: 84111-1748 — Country: US |
| Date Originally Established: 05/12/2021 — Current Ownership Since: — Number of Employees: 2 | Business Phone: 801/512-0225 — Fax: |
| Annual Gross Sales: $500,000.00 — Year Sales Reported: 05/28/2021 — Fiscal Year End: | Cellular Phone: — Pager: |
| Primary Financial Institution: — Number of Locations: 1 | e-Mail Address: |
| Primary State 1: — Primary State 2: — Primary State 3: | Website: |
| Primary Country 1: US — Primary Country 2: — Primary Country 3: US | Sales Market: LOCAL |

Industry: Construction

Description of Business: Business development

Major Suppliers/Customers:

## Bank Use Only

| Name/Entity Verification: | Address Verification: |
|---|---|
| Secretary of State | NONE |

BACC Reference Number: [redacted]

| Document Filing Number/Description: | Filing Country: | Filing State: | Filing Date: | Expiration Date: |
|---|---|---|---|---|
| [redacted] | US | UT | 05/12/2021 | 05/31/2022 |

| Country of Registration: | State of Registration: | International Transactions: | Check Reporting: |
|---|---|---|---|
| US | UT | | NO RECORD |

## Owner/Key Individual 1 Information

| | |
|---|---|
| Customer Name: J DEREK ALLEN | Residence Address: 1475 E PENROSE DR |
| Business Relationship: Owner with Control of the Entity | Address Line 2: |
| Position/Title: — Date of Birth: [redacted] — Percent of Ownership: 25.0 | Address Line 3: |
| Enterprise Customer Number (ECN): [redacted] | City: SALT LAKE CITY — State: UT |
| Taxpayer Identification Number (TIN): [redacted] — TIN Type: SSN | ZIP/Postal Code: 84103-4466 — Country: US |
| Primary ID Type: DLIC — Primary ID Description: [redacted] | Country of Citizenship: US — Permanently Resides in US: |
| Primary ID St/Ctry/Prov: UT — Primary ID Issue Date: 01/01/2001 — Primary ID Expiration Date: 09/01/2028 | Check Reporting: NO RECORD |
| Secondary ID Type: OTHR — Secondary ID Description: SSN [redacted] | |
| Secondary ID State/Country: — Secondary ID Issue Date: — Secondary ID Expiration Date: | |

## Authorized Signer 1 Information

| | |
|---|---|
| Authorized Signer Name: J DEREK ALLEN | Residence Address: 1475 E PENROSE DR |
| Occupation: Executive, Professiona | Address Line 2: |
| Position/Job Title: Mang. Partner — Date of Birth: 09/01/1981 | Address Line 3: |
| Taxpayer Identification Number (TIN): [redacted] — TIN Type: SSN | City: SALT LAKE CITY — State: UT |
| Primary ID Type: DLIC — Primary ID Description: [redacted] | ZIP/Postal Code: 84103-4466 — Country: US |
| Primary ID St/Ctry/Prov: UT — Primary ID Issue Date: 01/01/2001 — Primary ID Expiration Date: 09/01/2028 | Country of Citizenship: US — Permanently Resides in US: |
| Secondary ID Type: OTHR — Secondary ID Description: SSN [redacted] | |
| Secondary ID State/Country: — Secondary ID Issue Date: — Secondary ID Expiration Date: | |

## Certificate of Authority

Each person who signs the "Certified/Agreed To" section of this Application certifies that:

**A. The Customer's use of any Wells Fargo Bank, N.A. ("Bank") deposit account, product or service will confirm the Customer's receipt of, and agreement to be bound by, the Bank's applicable fee and information schedule and account agreement that includes the Arbitration Agreement under which any dispute between the Customer and the Bank relating to the Customer's use of any Bank deposit account, product or service will be decided in an arbitration proceeding before a neutral arbitrator as described in the Arbitration Agreement and not by a jury or court trial.**

B. Each person who signs the "Certified/Agreed To" section of this Application or whose name, any applicable title and specimen signature appear in the "Authorized Signers - Signature Capture" section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for accounts and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements);

(2) Authorize (by signing or otherwise) the payment of Items from the Customer's account(s) listed on this Business Account Application (including without limitation any Item payable to (a) the individual order of the person who authorized the Item or (b) the Bank or any other person for the benefit of the person who authorized the Item) and the endorsement of Deposited Items for deposit, cashing or collection (see the Bank's applicable account agreement for the definitions of "Item" and "Deposited Item");

(3) Give instructions to the Bank in writing (whether the instructions include the manual signature or a signature that purports to be the facsimile or other mechanical signature including a stamp of an Authorized Signer as the Customer's authorized signature without regard to when or by whom or by what means or in what ink color the signature may have been made or affixed), orally, by telephone or by any electronic means in regard to any Item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customer shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and

(4) Delegate the person's authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an Item, and the code is communicated, the Item will be binding on the Customer regardless of who communicated the code.

D. Each transaction described in this Certificate of Authority conducted by or on behalf of the Customer prior to delivery of this Certificate is in all respects ratified.

E. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service referred to in this Certificate.

F. The information provided in this Application is correct and complete, each person who signs the "Certified/Agreed To" section of this Application and each person whose name appears in the "Authorized Signers-Signature Capture" section of this Application holds any position indicated, and the signature appearing opposite the person's name is authentic.

G. The Customer has approved this Certificate of Authority or granted each person who signs the "Certified/Agreed To" section of this Application the authority to do so on the Customer's behalf by:
(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
(2) the signature of each of the Customer's trustee(s), if the Customer is a trust; or
(3) the signature of the Customer, if the Customer is a sole proprietor.

## Certified/Agreed To

Owner/Key Individual 1 Name: J DEREK ALLEN

Position/Title:

Owner/Key Individual 1 Signature

J DEREK ALLEN

☐ Submit manually
☐ Signature not required

Date: 05/28/2021

2W02-001355515933-04

## Request for Taxpayer Identification Number and Certification

(Substitute Form W-9)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payment other than interest and dividends). ☐ I am subject to backup withholding ☐ I am exempt from backup withholding
3. I am a U.S. citizen or other U.S. person.
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct. (Does not apply to U.S. based accounts)

**Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Tax Responsible Customer Name:

218 BROADWAY, LLC

Taxpayer Identification Number (TIN):

[redacted]

TIN Certification Signature:

J DEREK ALLEN

☐ Submit manually

☐ Signature not required

Date:

05/28/2021

## Authorized Signers - Signature Capture

Authorized Signer 1 Name

J DEREK ALLEN

Position/Title:

Authorized Signer 1 Signature

J DEREK ALLEN

☐ Submit manually

☐ Signature not required

Date:

05/28/2021

2W02-001355515933-05