# EXHIBIT 3

WELLS FARGO

Effective May 28, 2021

# Deposit Account Agreement

Important legal information and disclosures

# Thank you for doing business with us

This Deposit Account Agreement applies to new and existing consumer and business accounts and, together with the following documents, is your contract with Wells Fargo and constitutes the "Agreement" that governs your account with Wells Fargo:

- The Consumer Account Fee and Information Schedule ("Consumer Schedule") or the Business Account Fee and Information Schedule ("Business Schedule"),
- Our interest rate sheet for interest-bearing accounts,
- Our privacy notice, and
- Any additional disclosures, amendments, or addenda we provide to you.

In this Agreement, when we say "Wells Fargo," "Bank," "we," "us," and "our," we are talking about Wells Fargo Bank, N.A. "You" and "your" means each account owner, authorized signer, and any other person authorized to operate your account. When we say "We may" or "Wells Fargo may" do something, that means you authorize us and agree to such action.

**This Agreement replaces all prior agreements regarding your account,** including any verbal or written statements or representations. When you sign an account application or use your account, including any account service, you and anyone else identified as an owner or authorized signer on your account consent to the terms of this Agreement. We regularly update this Agreement. You are responsible for ensuring that any authorized signer is familiar with this Agreement. If you keep your account open after we change this Agreement or end a fee waiver, you agree to the changes.

We recommend you keep a copy of this Agreement — and any changes we provide to this Agreement — for as long as your Wells Fargo accounts are open. You can get a copy of the current Agreement at wellsfargo.com, or by visiting your local branch, or by phone at the numbers below.

This document contains various defined terms with specific meanings. Frequently used defined terms can be found in the Glossary at the back of the document.

# Questions? We're here for you

| | | |
|---|---|---|
| Online | Visit wellsfargo.com or wellsfargo.com/biz | |
| Phone | Consumer Banking<br>**1-800-869-3557** | Business Banking<br>**1-800-225-5935** |
| Deaf or hard of hearing customers | We accept all relay calls, including 711. | |
| Mail | Wells Fargo, Customer Correspondence<br>P.O. Box 6995<br>Portland, OR 97228-6995 | |

# Table of Contents

**Opening Accounts** .... 4

**Depositing Funds** .... 5

**Availability of Funds Policy** .... 7

**Available Balance, Posting Transactions, and Overdraft** .... 9

- Available balance .... 9
- How we process and post transactions to your account .... 9
- Standard overdraft coverage .... 10
- Debit Card Overdraft Service .... 11
- Overdraft Protection .... 11
- Overdraft Rewind® Feature .... 11

**Debit Cards and ATM Cards** .... 12

**Funds Transfer Services** .... 18

**Electronic Fund Transfer Services (Consumer accounts only)** .... 20

**Electronic Fund Transfer Disclosures (Consumer accounts only)** .... 21

**Other Account Services and Restrictions** .... 23

**Time Accounts (CDs)** .... 25

**Protecting Your Account and Your Information** .... 26

**Statements, Interest, and Other Account Information** .... 27

**Closing Accounts** .... 32

**Resolving Disputes Through Arbitration** .... 34

- Consumer Accounts Only: Resolving Disputes Through Arbitration .... 34
- Business Accounts Only: Resolving Disputes Through Arbitration .... 35

**Additional Terms and Services** .... 37

**Glossary** .... 39

# Opening Accounts

This section applies to consumer accounts only unless otherwise noted.

## Forms of account ownership

You can open an account that you own alone, or with more than one person. If the account is owned with more than one person, it's considered a joint account.

## Different types of joint account ownership

**For joint accounts**, we treat all owners, who are referred to in this Agreement as "co-owners," as joint tenants with right of survivorship (described below), unless:

- Applicable state laws require other treatment, or
- We agree with you in writing that the account is owned in some other way.

Regardless of how your account is owned, we don't keep a separate record of each co-owner's interest in the account. We act on instructions from any co-owner (or a co-owner's authorized representative) without obtaining other co-owner's consent, including withdrawing or transferring funds, making payments, or closing the account.

Each co-owner has complete control over all of the funds in the account. We may pay out money from the account upon the request or direction of any co-owner (or a co-owner's authorized representative), regardless of their contributions to the account, and whether any other co-owner is incapacitated or deceased, or whether the account includes a right of survivorship.

**Joint tenants with right of survivorship:** When you hold an account as joint tenants with right of survivorship and one person dies, the account is owned by and payable to the surviving co-owners; this is subject to our rights under this Agreement.

**Tenants-in-common:** When you hold an account as tenants-in-common and one owner dies, the account is payable in whole or in part to any surviving co-owner or the deceased owner's authorized representative, heirs, or successors. This is subject to our rights under this Agreement.

**Community property:** An account is held as community property under state law when spouses have equal and undivided interests in the account during their lifetimes. When one spouse dies, ownership does not automatically pass to the survivor; rather, the deceased spouse can pass his or her interest through a will. Community property does not exist in every state.

## Joint owners and responsibility for liabilities on your account

Each joint owner is individually and jointly responsible for any overdraft on your account, regardless of who caused or benefited from the overdraft. If there's a setoff, an enforcement of our security interest in your account, or legal action (such as a third party garnishment, seizure, forfeiture, or tax levy) affecting any co-owner, we may treat all funds in the account as belonging to the customer against whom the setoff, enforcement of the security interest, or other legal action is directed. If your account is closed for unsatisfactory handling, we may report all joint owners to the consumer reporting agencies.

## Pay On Death (POD) account

A POD account is payable when you die to the surviving beneficiaries you designate and name in the title of the account when we receive proof of your death or the death of the last surviving co-owner. An account titled "in trust for (ITF)," "transfer on death (TOD)," or similar language is treated as a POD account.

You or any co-owner may change beneficiaries anytime by notifying us in writing. Generally, the beneficiary(ies) must survive all owners in order to receive funds.

## Accounts established for minors

**Uniform Transfers/Gifts to Minors Act account.** An account established under a state's Uniform Transfers/Gifts to Minors Act is controlled by a custodian (or a successor custodian), and only they are authorized to instruct us. We may, however, disclose account information to the minor or their authorized representative. When the minor reaches the age of majority under the UTMA/UGMA law for the state where the account was established, we may pay the funds in the account to the minor without waiting for instructions from the custodian.

**Minor by account.** One or more adults who have reached the age of majority may open an account in the name of a minor as allowed by the laws governing your account. Beneficial ownership of the funds deposited in the account vests exclusively in the minor. The adult, as custodian, has exclusive control of the account until the minor reaches the age of majority. If there's more than one adult, each may act independently. We're not obligated to inquire about the use of the funds. When the minor reaches the age of majority, we may act on the instructions of either the minor or the adult. If the adult (or the last of the adults to survive) dies before the minor reaches the age of majority, we may transfer the funds to the custodian according to the applicable Uniform Transfers/Gifts to Minors Act.

### Transfer of account ownership

If you want to transfer account ownership to another person, we must consent and note it in our records before the transfer is valid and binding on us; however, we're not responsible for determining its validity. Assignment of your account is subject to our setoff rights. This Agreement is binding on your personal representatives, executors, administrators, and successors, as well as our successors and assigns.

### When an owner does not sign account documentation

**Applies to both Consumer and Business Accounts:** If a customer identified in our records as an owner or a co-owner of an account does not sign any account-related documentation (including the account application), we still may treat them as an owner or a co-owner of that account, in our sole discretion; we're not liable to anyone as a result.

### Death or incompetence of an authorized signer or account owner

Please notify us promptly if you learn or suspect an account owner or signer has been declared incompetent by a court or other legal authority, or has died. When we receive proper notice, we may:

- Freeze the account until we receive documents verifying the incapacity or death and instructions regarding the funds remaining in the account,
- Pay (without inquiring) any item authorized by the account owner before being declared incompetent or dying,
- Return or reverse deposits, and
- Apply funds in the account to any debt the account owner owes us before recognizing the rights of a surviving joint owner or other person to any remaining funds.

If we release funds after the account owner's death and have to pay tax or reclamation claims to a government agency as a result, the account owner's estate is responsible for reimbursing us.

**Consumers and Sole Proprietors Only:** If an account owner dies or is declared incompetent, we may comply with court orders and legal documents, and take direction from affiants, court-appointed representatives, guardians, or conservators from your state of residence, even if different than where the account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directives. We may require U.S. court documents for customers residing outside of the U.S. at the time of incompetence or death.

**For Business Account Owners:** Businesses must provide us documentation of any change in ownership or control of a business upon the death or incompetence of a business owner.

## Depositing Funds

**There are many ways for you to deposit funds into your account: at branches, ATMs, via Bank by Mail, and through the Wells Fargo Mobile® app. You should be aware of your responsibilities when you make deposits.** We exercise ordinary care when collecting a deposited item but are not responsible for any other bank's treatment or loss of the item. If a deposited item is lost or destroyed during processing or collection, you agree to provide all reasonable assistance to help us reconstruct the item.

### Deposit accuracy

**It's your responsibility, not ours, to confirm the accuracy of the amount you deposit.** If we determine a discrepancy exists between the declared and the actual amount, we may debit or credit your account and we may notify you if any adjustments are made. We can also use the declared amount as the correct amount to be deposited and not adjust a discrepancy if it's less than our standard adjustment amount. We may vary our standard adjustment amount from time to time without notice and use different amounts depending on account type.

**Analyzed business accounts:** You may request that the Bank adjust deposit discrepancies identified during any verification regardless of the standard adjustment amount.

**Notify us of a discrepancy.** You must notify us within the applicable timeframe below or we may consider the deposit correct.

| | |
|---|---|
| **Consumer accounts** | within 1 year after we have made your account statement available to you |
| **Business accounts** | within 30 days after we have made your account statement available to you |

**If you fail to notify us in a timely manner:** If the actual deposit is less than the amount on the statement, the difference is your property; if the actual deposit is more, the difference is the Bank's property.

## Verifying transactions

We don't verify all transactions but have the right to verify any, including those for which we have provided a receipt. We may reverse or adjust, at any time without prior notice to you, any debit or credit we believe we have made to your account by mistake.

## Sending an item for collection

We may, upon notice to you, send an item for collection instead of treating it as a deposit. This means we send it to the issuer's bank for payment, and your account won't be credited for the item until we receive payment. Our availability of funds policy does not apply to an item we accept for collection.

## Our right to decline deposits

**We may decline all or part of a deposit, including cash.** This could happen if a payee isn't on your account, we can't verify an endorsement, the check was issued from a credit account, or it's a non-U.S. item. If we decline a deposit that you mailed to us, we may return it to you at your cost or retain the deposit without crediting your account, at our discretion.

If we cannot verify an endorsement, we can also decline to pay, cash, or send the item for collection. We can require that all endorsers be present and that you deposit the item instead of cashing it.

Non-account owners are not allowed to deposit cash into consumer accounts. For business accounts, any person wanting to make a cash deposit must provide an acceptable form of identification before we accept a cash deposit.

## Requirements for correct endorsement

An endorsement is a signature, stamp, or other mark on the back of a check. If you have not endorsed a check that you deposited to your account, we may endorse it for you. Any endorsement must be in the 1-1/2 inch area that starts on the top of the back of the check. Do not sign or write anywhere else on the back of the check.

## Restrictions on checks are not binding

We are not obligated to follow restrictions or notations written on a check such as, "void after six months," "void over $50," or "payment in full." You're responsible for any resulting loss or expense we incur.

## Substitute checks

A substitute check is created from an original check; under federal law, it's legally equivalent to the original check and can even be used as proof of payment. A substitute check contains an accurate copy of the front and back of the original and bears the legend: "This is a legal copy of your check. You can use it the same way you would use an original check." Any check may be returned to you in the form of a substitute check. You agree that you won't transfer a substitute check to us, by deposit or otherwise, if we would be the first financial institution to take the substitute check, unless we have expressly agreed in writing to take it.

## Our handling of non-U.S. items

A non-U.S. item is an item, including checks, money orders, wire transfers, and electronic transfers:

- Payable in a currency other than U.S. dollars,
- Drawn on a financial institution that isn't organized under U.S. law, or
- That is an incoming funds transfer remitted in a currency other than U.S. dollars.

Other than valid incoming international wire transfers not held due to sanctions or other legal requirements, we're not required to accept a non-U.S. item for deposit or collection but may accept it on a collection basis without your specific instruction to do so. We can reverse any amount we have credited to your account and send the item on a collection basis even if we have taken physical possession of the item.

If we accept a non-U.S. item, the U.S. dollar amount you receive for it will be determined by the applicable exchange rate that is in effect at the time of deposit or our receipt of final payment (less any associated fees) of the collection item. If the non-U.S. deposited item is returned unpaid for any reason, **we'll charge the amount against your account (or any other account you maintain with us)** at the applicable exchange rate in effect at the time of the return. For information on the applicable exchange rate, see "Applicable exchange rate" in the "Statements, Interest, and Other Account Information" section of this Agreement. Our availability of funds policy does not apply to a non-U.S. item.

## Items returned unpaid

If an item you deposited or cashed is returned to us unpaid, **we can deduct the amount from any account you have with us**. We can do this when we're notified that the item will be returned and don't need to receive the actual item. We can do this even if the balance in your account isn't sufficient to cover the amount we hold or deduct, causing an overdraft. In addition, we'll charge you all applicable fees and reverse all interest accrued on the item.

**We may place a hold on or charge your account for a deposit if a claim is made or we otherwise have reason to believe the deposited item was altered, forged, unauthorized, missing a signature or has a forged endorsement, or should not have been paid for any other reason.** When the claim is finally resolved, we'll either release the hold or deduct the amount of the item from your account. We're not responsible if we take, or fail to take, any action to recover payment of a returned deposited item.

### Breach of a warranty associated with an item

If you breach any warranty you make to us under the laws governing your account with respect to any item, you won't be released or discharged from any liability for the breach so long as we notify you of the breach within 120 days after we learn of the breach. If we fail to notify you within this 120 day period, you'll be released from liability and discharged only to the extent our failure to notify you within this time period caused a loss to you.

### Reversal of an electronic payment

If an electronic payment credited to your account, such as a direct deposit, is reversed, **we can deduct the amount from any account you have with us,** at any time, without notifying you. You agree to promptly repay any resulting overdrafts.

### Bank By Mail

You can make deposits to your account(s) by mail, although we cannot accept cash or foreign checks. Call us to request a Bank By Mail deposit kit.

If you need to send deposits before your kit arrives, write on the back of the check "for deposit only, Wells Fargo" and include the account number to which the check should be deposited, and mail to:

Wells Fargo
P.O. Box 77200
Minneapolis, MN 55480-7720

For accounts located in **Alaska**, send deposits to:

Wells Fargo
P.O. Box 77040
Minneapolis, MN 55480-7740

# Availability of Funds Policy

### Your ability to withdraw funds

Our policy is to make funds from your check deposits to your checking or savings account (in this policy, each account) available to you on the first business day after the day we receive your deposits. Incoming wire transfers, electronic direct deposits, cash deposited at a teller window and at a Wells Fargo ATM, and the first $400 of a day's check deposits at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposits. Certain electronic credit transfers, such as those through card networks or funds transfer systems, will be available on the day we receive the transfer. Once they are available, you can withdraw the funds in cash and we will use the funds to pay checks and other items presented for payment and applicable fees that you have incurred.

### Determining the day your deposit is received by the Bank

**For determining the day your deposit is received by the Bank**, every day is a business day, except Saturday, Sunday, and federal holidays. If you make a deposit before our established cutoff time on a business day that we are open, we will consider that day to be the day your deposit is received by the Bank. However, if you make a deposit after our cutoff time or on a day we are not open, we will consider the day your deposit is received by the Bank to be the next business day we are open.

Our deposit cutoff times are as follows:

| Type of Deposit | Cutoff time |
|---|---|
| In branch | when the branch closes for business; varies by location |
| At Wells Fargo ATM | 9 p.m. local time (Alaska 8 p.m.) |
| Checks deposited with the Wells Fargo Mobile app | 9 p.m. Pacific Time |
| Electronic credits (such as direct deposits) | 8 p.m. Pacific Time |

## Longer delays may apply

In some cases, we will not make the first $400 of a business day's check deposits available to you on the day we receive the deposits. Further, in some cases, we will not make all the funds that you deposit by check available to you on the first business day after the day of your deposit.

Depending on the type of check that you deposit, funds may not be available until the second business day after the day of your deposit. The first $225 of your deposit, however, may be available on the first business day after the day of your deposit.

Except as otherwise explained in this paragraph, if we are not going to make all funds from your deposit available on the business day of deposit or the first business day after the day of deposit, we will notify you at the time you make your deposit. We will also tell you when the funds will be available. If your deposit is not made directly to a Wells Fargo employee, or if we decide to take this action after you have left the premises, we will mail you the notice by the first business day after we receive your deposit.

If you need the funds from a deposit right away, you should ask us when the funds will be available.

Funds you deposit by check may be delayed for a longer period under the following circumstances:

- We believe a check you deposit will not be paid
- You deposit checks totaling more than $5,525 on any one day
- You redeposit a check that has been returned unpaid
- You have overdrawn your account repeatedly in the last six months
- There is an emergency, such as failure of computer or communications equipment

We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. The funds will generally be available no later than the seventh business day after the day of your deposit.

## Special rules for new accounts

**If you are a new customer, the following special rules apply during the first 30 days your account is open.** Incoming wire transfers, electronic direct deposits, and cash deposited at a teller window and at a Wells Fargo ATM will be available on the day we receive the deposit. Funds from your check deposits will be available on the business day after the day we receive the deposits; no funds from a business day's check deposits are available on the day we receive the deposits.

If we delay the availability of your deposit the following special rules may apply:

- **The first $5,525** of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks, and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- **The excess over $5,525** and funds from all other check deposits will be available no later than the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

We will notify you if we delay your ability to withdraw funds and we will tell you when the funds will be available.

## Holds on other funds

**If we cash a check for you that is drawn on another bank**, we may withhold the availability of a corresponding amount of funds that are already in your account. Those funds will be available at the time funds from the check we cash would have been available if you had deposited it.

**If we accept a check for deposit that is drawn on another bank**, we may make funds from the deposit available for withdrawal immediately but delay your ability to withdraw a corresponding amount of funds that you have on deposit in another account with us. The funds in the other account would then not be available until the time periods that are described in this policy.

# Available Balance, Posting Transactions, and Overdraft

## Available balance

Your account's available balance is our most current record of the amount of money in your account available for your use or withdrawal. We use the available balance to authorize your transactions during the day (for example, debit card purchases and ATM withdrawals). We also use the available balance to pay your transactions during our nightly processing. Your available balance is calculated as follows:

| | |
|---|---|
| **Ending Daily Balance** | Ending daily balance from prior business day's nightly processing |
| **− Holds** | Subtract funds that have been placed on hold |
| **+ Deposits** | Add pending deposits that are immediately available (see "Availability of Funds Policy" in previous section) |
| **− Withdrawals** | Subtract pending withdrawals that we have either authorized or we know about but have not yet processed |
| **= Available Balance** | |

**The available balance may not include every transaction you have initiated or that we previously authorized.** For example, your available balance may not include the following:

- Outstanding checks and authorized withdrawals we have not received for payment (such as recurring debit card transactions and ACH transactions);
- The final amount of a debit card purchase. For example, we may authorize a purchase amount prior to a tip that you add;
- Debit card transactions that have been previously authorized but not sent to us for payment. In most cases, a transaction authorization hold must be released after three business days even though the transaction may be sent to us for payment from your account at a later date, which we must honor. The authorization hold may be up to 30 business days for certain transactions, including car rental, cash, and international transactions.

## How we process and post transactions to your account

We process transactions each business day (not Saturdays, Sundays, or federal holidays) during a late night process that includes **three key steps**. We call this nightly processing. Once the transactions are processed, the results are posted to your account.

Step 1: **We calculate the available balance in your account that can be used to pay your transactions as described above.**

**Certain pending transactions can impact your available balance for purposes of determining whether we will pay other transactions during our nightly processing, including**:

- Cash deposits or transfers from another Wells Fargo account made AFTER the applicable cutoff time will be added to your available balance only if they are made before we start our nightly processing; and
- Pending withdrawals that reduce your available balance, such as debit card transactions we have authorized.

Step 2: **We sort your transactions into categories.**

+ **We credit deposits** received before the cutoff time.

− **We subtract withdrawals and payments we have previously authorized that we cannot return unpaid** such as debit card purchases, ATM withdrawals, account transfers, Bill Pay transactions, and teller-cashed checks. Transactions are generally sorted by date and time the transaction was conducted or, for some transactions, the day we receive it for payment or the time assigned by our system. If date and time are the same, we post from lowest to highest dollar amount.

− **We pay your checks and preauthorized automatic ACH payments** such as recurring bills you have authorized a company to withdraw. Transactions are sorted by date and time received by the bank, and if date and time are the same, we post from lowest to highest dollar amount.

**Determining Date and Time**

- Cutoff time is based on the location where the deposit or transfer was made.
- If a merchant does not seek authorization at the time of a debit card transaction or we receive it for payment more than 10 business days later, we'll use the date the transaction is received for payment.
- For some transactions, such as Bill Pay or teller-cashed checks, a different time may be assigned by our systems.

Step 3: If the available balance is **not enough to pay all of your transactions,** we:

- **Use Overdraft Protection** (if you have it) by transferring available funds from a linked savings and/or credit account. An overdraft protection transfer fee will be charged if applicable.
- **Then, decide whether to pay your transactions presented to us for payment into overdraft, or return them unpaid**. Paying an item into overdraft means that we pay an item even though your available balance is not sufficient to cover that item, resulting in your account having a negative balance. At our discretion, we may pay a check or automatic bill payment into overdraft, rather than return it unpaid. This is our **standard overdraft coverage (see more information below)**. Debit card transactions presented to us for payment (whether previously authorized by us or not) **will be paid into overdraft and won't be returned unpaid**, even if you don't have sufficient funds in your account. Any applicable overdraft or returned item fees are deducted from your account the morning of the next business day.

**Pending transactions can result in overdrafts.** If your available balance during the nightly processing is insufficient, the Bank may assess overdraft and/or non-sufficient funds (NSF) fees on transactions we pay or return. Even if a pending transaction has been dropped from your account, we must pay it when we receive it for payment. Sometimes, previously authorized transactions may be paid into overdraft if other transactions have reduced your balance before the pending transactions are sent to us for payment. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

**To minimize the number of overdraft fees you may be assessed**, we track transactions that reduced your available balance while pending and caused overdraft fees on other transactions. If the pending transactions are then presented for payment within 10 business days after they first appeared as pending, **we'll waive any overdraft fees on those transactions**. In rare circumstances, the merchant presents transactions for payment with a different identification code than was used when originally sent for authorization and we're unable to match them. In those cases, you may be charged an overdraft fee if the transaction is paid into overdraft.

## Standard overdraft coverage

The bank typically does not pay overdrafts if your account is overdrawn or you have had excessive overdrafts.

Except for Clear Access Banking[SM], all checking accounts come with **standard overdraft coverage**. Under standard overdraft coverage:

- We **may** authorize checks, other transactions using your checking account number, and automatic bill payments (such as recurring debit card and ACH transactions) into overdraft and charge a fee.
- We **will not** authorize ATM and everyday (one-time) debit card transactions into overdraft, unless your account is enrolled in Debit Card Overdraft Service as described below.

Whether we pay transactions into overdraft is at our discretion and we reserve the right not to pay into overdraft.

You can remove standard overdraft coverage from your account at any time. If you remove it, the following will happen if you don't have enough money in your checking account or in accounts linked for Overdraft Protection to cover a transaction when it is presented to us for payment or authorization:

- We **will** return your checks and other returnable items, such as ACH payments, as unpaid and charge a returned item fee (non-sufficient funds/NSF).
- We **will not** authorize certain transactions such as cashed checks, recurring debit card transactions, or Bill Pay transactions into overdraft. **Important:** If these transactions are authorized when your account has enough money but are later presented for payment when your account does not have enough money, we'll pay the transaction into overdraft and charge an overdraft fee.
- We **will not** authorize ATM and everyday (one-time) debit card transactions (such as one-time debit card and ATM card purchases) into overdraft. If your account is enrolled in Debit Card Overdraft Service, the service will also be removed.

You understand that the classification of a debit card transaction (except ATM transactions) as recurring or non-recurring (i.e., one-time) is determined by merchants, other institutions, or other third parties before the transaction is presented to us for authorization or payment. We will treat and process such debit card transactions in the manner they are presented to us, which may result in a one-time debit card transaction presented as recurring preauthorized transactions and vice versa.

**Important:** Overdraft and returned item (non-sufficient funds/NSF) fees don't apply to Clear Access Banking accounts, and standard overdraft coverage isn't available. For more information about Clear Access Banking, refer to your Consumer Schedule.

## Debit Card Overdraft Service

Consumer account customers may choose to enroll in this service; business accounts are automatically enrolled at account opening.

**Your enrollment preference for Debit Card Overdraft Service determines how the Bank handles your ATM and everyday (one-time) debit card transactions** on eligible accounts. You can add or remove the service on eligible accounts at any time. It's important to understand that this service is unique from other optional services that may be less costly for you, such as our optional Overdraft Protection plan described in the next section.

When you don't have enough money in your checking account or accounts you have linked for Overdraft Protection at the time of an ATM or everyday (one-time) debit card transaction:

- **If you're enrolled in Debit Card Overdraft Service**, the transaction may be authorized into overdraft at the Bank's discretion but **an overdraft fee applies.** If you cover the shortage by the posted cutoff time on the same business day as the transaction, no overdraft fee is assessed.
- **If you aren't enrolled in Debit Card Overdraft Service,** the transaction will be declined and no fees apply. If a previously authorized transaction creates a negative balance when it posts, you won't be assessed an overdraft fee.

Debit Card Overdraft Service **does not apply** to checks and other recurring transactions (such as Bill Pay or ACH transfers, or recurring debit card transactions such as utilities or health club memberships). With or without Debit Card Overdraft Service, the Bank may continue to pay these other transaction types into overdraft, at our discretion, and our standard overdraft fees and policies will apply.

Debit Card Overdraft Service **isn't available for certain accounts**, such as Clear Access Banking accounts, Teen Checking℠ accounts, Opportunity Checking® accounts, IOLTA/RETA accounts, accounts for government entities, or savings accounts. Debit Card Overdraft Service is a discretionary service that may be removed by the Bank for a variety of reasons including excessive overdrafts or returned items.

## Overdraft Protection

This is an optional service you can add to your checking account by **linking up to two eligible Wells Fargo accounts (one savings, one credit) to authorize or pay your transactions if you don't have enough money in your checking account**. Overdraft Protection transfers/advances may occur to cover pending transactions, even if these transactions are not subsequently presented for payment. A single Overdraft Protection transfer or advance fee will be charged any day a transfer/advance is made regardless of the number of transactions covered or whether funds are transferred/advanced from multiple accounts. Also, we won't charge a fee unless the transfer/advance covered at least one pending item, or helped you avoid at least one overdraft or returned item. If you link two accounts, you may tell us which account to use first to transfer/advance funds. If you don't specify an order, we'll first transfer funds from your linked savings account. Overdraft Protection isn't available for all accounts. Refer to the Consumer Schedule or the Business Schedule to determine account eligibility.

## Overdraft Rewind® Feature

(Consumer accounts only)

Wells Fargo provides an automatic account feature called Overdraft Rewind. If an electronic direct deposit is received by 9 am where your account is located, as noted in your account statement, we'll calculate a new account balance that includes the pending direct deposit, minus any pending debits. If this newly calculated balance covers transactions that resulted in overdraft or non-sufficient funds (NSF) fees, or Overdraft Protection transfer or advance fees, during the prior business day's nightly processing, we'll waive or refund those fees. We may also reverse returned item (non-sufficient funds/NSF) decisions. Only electronic direct deposits through Automated Clearing House (ACH) qualify. Overdraft Rewind does not reverse the transfer or advance of funds from a linked Overdraft Protection account.

## Returning your account to a positive balance

**If your account has an overdraft, you must promptly add money to return your account to a positive balance.** If you don't return your account to a positive balance or you have too many overdrafts, we may close your account. Also, we may report you to consumer reporting agencies and initiate collection efforts. You agree to reimburse us for the costs and expenses we incur to do so.

# Debit Cards and ATM Cards

We offer a number of account services at a variety of locations that involve using a card. Some services may not be available at all locations. We may require you to agree to additional documentation to obtain a debit or ATM card. When you get a debit or ATM card from us, you'll receive additional terms and conditions. In the event of a conflict between the terms and conditions and this Agreement, the terms and conditions will control. Additional disclosures applicable to these services are provided in the Consumer Schedule or Business Schedule, as applicable.

## Issuance of a card and Personal Identification Number (PIN)

We may issue a card to each account owner to access your accounts. If you don't select a PIN when you request your card, we'll send a randomly selected PIN. If you don't request a card but would like a PIN for authentication purposes, we can provide a PIN for only that purpose (it cannot be used for purchases or ATM access).

You should securely protect your card and PIN from loss or theft. Each cardholder must have his or her own unique PIN and is responsible for keeping the PIN confidential. If the card or PIN is given to another person, the account owner will, to the extent allowed by applicable law, be responsible for all transactions made by that person or anyone else to whom that person gives the card or PIN.

## Using a card to access linked asset accounts

Non-Wells Fargo ATM operators may not support display of all linked accounts, and may not support all functions.

Linking lets you add asset accounts you own (for example, checking or savings) to a debit or ATM card, giving you the ability to perform transactions for multiple accounts with one card at Wells Fargo ATMs. When a Wells Fargo ATM is in Assisted-Service mode, however, and if you're a consumer customer you may be able to use your consumer card to access and perform transactions on your consumer accounts that are not linked to your card. The money for purchases and payments made with your card is deducted from the primary linked account. Using a card at a participating non-Wells Fargo ATM for cash withdrawals, transfers, and balance inquiries is generally available for the primary linked checking and savings accounts. We can restrict the number and type of asset accounts you can link to your card.

**If you link more than one asset account to the card, you may designate a primary linked account.** If you don't designate a primary linked account, the first account linked to your card is considered the primary linked account. The primary linked account for a consumer debit card must be an eligible consumer checking account. The primary linked account for a business debit card must be an eligible business checking account.

If a primary linked account is closed or delinked for any reason, we'll generally designate a linked secondary account of the same account type, if you have one, as the new primary account. If you have a debit card and none of your other linked accounts are checking accounts, or you have no other linked accounts, your debit card will be closed and you can request an ATM card. You may link a new primary account of a different type (consumer, business, individual brokerage, or commercial brokerage) than the previous primary linked account. Depending on the new primary linked account, you may be issued a new card type. (Note: for Wells Fargo campus debit and ATM cards with school access, your banking access will be closed but your card can still be used for school access).

If a card is used to access any asset account, the disclosures specific to that asset account will apply. Without limiting the foregoing, the consumer protections described below in the "Electronic Fund Transfer Disclosures" section don't apply to transactions on business or commercial brokerage accounts.

## Using a card to access linked credit card and line of credit accounts at ATMs

If you link your Wells Fargo credit card account or eligible line of credit account (linked credit account) to your debit or ATM card, you may use the card to access the linked credit account at any Wells Fargo ATM. You can use the card to obtain cash or transfer funds from the linked credit account, as long as the linked credit account is in good standing and has available credit. Cash withdrawals and transfers of funds from your linked credit account are treated as cash advances. Each of these transactions is subject to the applicable credit card account agreement or line of credit account agreement, including daily limits and cash advance fees.

## Using your card

There are many ways to use your debit and ATM[1] cards—using the physical cards or via mobile devices. See descriptions below.

**You can use your debit and ATM cards:**

- At merchants who accept payments through a network in which we participate
- To request cash back when making a physical card purchase with your PIN at merchants who offer this service
- To choose whether and how you receive a receipt when you use your card at a merchant terminal

**In addition, with your debit card, you can also:**

- Pay for purchases, or pay bills directly with your card, or through a mobile device at participating merchants (see "Using your card through a mobile device" for more details)

**At any ATM with your debit or ATM card you can:**

- View account balances, withdraw cash, and transfer funds between your accounts (fees may apply on any of these actions at a non-Wells Fargo ATM)[2]

**At Wells Fargo ATMs ONLY you can:**

- Make deposits to your account[3]
- Transfer funds from your eligible Wells Fargo credit accounts to your checking or savings accounts[4]
- Make payments to your eligible Wells Fargo credit card accounts
- Get a statement[5] of your account balances or the last 10 transactions
- Choose how you want to receive your ATM receipt: printed, emailed, or to your mobile phone

**In addition, with your debit card but not your ATM card**, you can also use your mobile device at Wells Fargo ATMs.

[1] Purchases using an ATM card are only available at merchants who accept payments through networks in which we participate and require a PIN to authorize the purchase.

[2] Non-Wells Fargo ATMs are part of ATM networks owned or operated by other financial institutions. You can use your card at non-Wells Fargo ATMs that display the Plus® logo to withdraw cash and check balances, and transfer funds between the accounts linked to your card as primary checking and primary savings. Note: 1) Some non-Wells Fargo ATMs may not give you the option of choosing which account to access or may only let you access one of these two accounts. 2) Some transactions may not be available at all ATMs, may be different from those available at Wells Fargo ATMs, or may be limited to any withdrawal limit(s) set by the non-Wells Fargo ATM.

[3] The business deposit card can be issued to an authorized signer on the business accounts. It also can be issued to a non-authorized signer at the request of an authorized signer. When the card is used to make an ATM deposit, account balances are neither displayed on the ATM screen nor printed on the ATM receipt. The card PIN cannot be used for authentication for phone or online access.

[4] Cash advance and ATM advance fees may apply. Refer to the applicable credit card account agreement or line of credit account agreement for more details.

[5] Statements at Wells Fargo ATMs should not be used in place of the account statement for balancing or verifying the actual account balance.

## Actions via electronic credit transfers

You can receive transfers through card networks or funds transfer systems with your debit card.

The following limitations apply to Visa Original Credit Transactions ("OCT") and MasterCard MoneySend ("MoneySend") money transfers to your debit card:

| | Rolling 24 hours | Rolling 7-day | Rolling 30-day |
|---|---|---|---|
| **Visa** Person-to-person OCT | 25 transactions or $10,000 | 100 transactions or $25,000 | 200 transactions or $50,000 |
| **Visa** Business-to-person OCT | 40 transactions or $50,000 | 100 transactions or $125,000 | 200 transactions or $300,000 |
| **Visa** Me-to-me OCT | 40 transactions or $50,000 | 100 transactions or $125,000 | 200 transactions or $300,000 |
| **Visa** Me-to-me OCT, BAI code CD (cash deposit) | 15 transactions or $600 | 25 transactions or $1,000 | 75 transactions or $3,000 |

| | **Calendar Day** (12 AM - 12 AM CT) | **Calendar Week** (Starting 12AM CT each Monday) | **Calendar Month** (Starting 12AM CT the first day of each month) |
|---|---|---|---|
| **MasterCard** MoneySend (all types) | 25 transactions or $10,000 | 100 transactions or $10,000 | 200 transactions or $10,000 |

## ATM and merchant terminal malfunctions

Generally, we're not responsible for damages resulting from an ATM or merchant terminal malfunction. However, for applicable accounts, see "In case of errors or questions about your electronic fund transfers" in the "Electronic Fund Transfer Disclosures" section of this Agreement.

## Fees for use of card

Other applicable fees for use of your card are described in the Consumer Schedule and Business Schedule.

**We charge a fee for each non-Wells Fargo ATM transaction. In addition, the non-Wells Fargo ATM owner/operator may charge a fee and set their own withdrawal limits.** We may waive either or both of these fees by the terms of your account. The non-Wells Fargo ATM owner/operator fee is included in the total transaction amount that is withdrawn from your account and will apply to your card's daily ATM withdrawal limit. Transactions will also be limited to any withdrawal limits set by the non-Wells Fargo ATM. We'll charge a fee if you make a teller-assisted cash disbursement at a non-Wells Fargo bank that accepts Visa-branded cards. Some merchants may assess a fee when you use your card for a purchase or for cash back. The merchant fee will be included in the total purchase amount.

## Daily limits

Unless otherwise specified, a "day" is defined as the 24-hour period from midnight to midnight, Pacific Time. Transactions made in other time zones will be based on when received in Pacific Time. You may use your card subject to your daily purchase limit, daily ATM withdrawal limit, and the available balance in your account. The following rules apply:

**Limits on dollar amounts:** Your card's daily purchase limit is the maximum U.S. dollar amount of purchases (including cash back, if any) that can be authorized each day from your primary linked account, less merchant fees, if any. Note: If you use your card or card number to fund a digital wallet, brokerage, or other type of account, these Account Funding Transactions (AFTs) will count against your card's daily purchase limit. AFTs may also be limited by the applicable card network. If your daily purchase limit is more than $99,999, you may ask that the merchant process multiple transactions to complete a purchase above this amount.

Your card's daily ATM withdrawal limit is the maximum amount of cash you can withdraw each day from any combination of accessible accounts using your card, less any non-Wells Fargo ATM owner/operator fees, if applicable. When you use a Wells Fargo ATM in Assisted-Service mode, your card's daily ATM withdrawal limit may not apply.

You can confirm your card's daily limits through online banking, our mobile app, or by calling us.

**Limits for your card:** We provide you your daily ATM withdrawal and purchase limits when you receive your card. **Note:** for security reasons there may be additional limits on the amount, number, or type of transactions you can make using your card.

There's generally no limit on the number of times the card may be used each day as long as the applicable daily ATM withdrawal limit and daily purchase limit are not exceeded, and there's a sufficient available balance in accounts you access for the transactions. If an ATM transaction or purchase would create an overdraft on the account, we may, in our sole discretion, take any of the actions described in the "Available Balance, Posting Transactions, and Overdraft" section of this Agreement.

When we approve a transaction or purchase, we call that an authorization.

We may limit the number of authorizations we allow during a period of time (for example, if we notice out-of-pattern use of your card, or suspected fraudulent or unlawful activity). For security reasons, we cannot explain the details of the authorization system. If we don't authorize the payment, we may notify the person who attempted the payment that it has been refused. We won't be responsible for failing to give an authorization. In our discretion, we may allow or deny transactions or authorizations from merchants who are apparently engaged in or who are identified as engaged in the internet gambling business.

**Changes to your card limits:** We may, without telling you, increase your daily purchase or ATM withdrawal limit based on account history, activity, and other factors. If we decrease the limits of your card, we'll notify you in accordance with applicable law.

## Using your card through a mobile device

A mobile device means a smartphone, tablet, or any other hand-held or wearable communication device that allows you to electronically store or electronically present your debit card or debit card number (digital card number) to make debit card transactions.

When you use your debit card with your mobile device for transactions:

- Availability may be affected by your mobile carrier's coverage area, and your mobile carrier may charge you message and data rates, or other fees.
- Your debit card information is sent across wireless and computer networks.
- Information about your mobile device may be transmitted to us.
- You should secure the mobile device the same as you would cash, credit cards, and other valuable information. Password protect and lock it to help prevent unauthorized transactions and notify us promptly if it's lost or stolen.
- When you make a purchase or payment using your mobile device, the merchant won't provide an option for cash back.
- A physical card may be required for access to Wells Fargo ATMs within secure locations.
- You can access Wells Fargo ATMs by holding your mobile device close to the Contactless Symbol displayed on the ATM. The Contactless Symbol and Contactless Indicator are trademarks owned by and used with the permission of EMVCo, LLC.

- Each time you access a Wells Fargo ATM with your mobile device and card PIN, you can perform one monetary transaction (such as a cash withdrawal), or one non-monetary transaction (such as a balance inquiry) before your one monetary transaction.
- If you're accessing a Wells Fargo ATM in Assisted-Service mode using your mobile device, your card's daily ATM withdrawal limit will apply and you won't be able to access accounts that are not linked to your card.
- We may automatically provide digital wallet operators with updated Digital Card Number information, such as when your Card is replaced or reissued.

Third parties, such as merchants, card association networks, mobile carriers, digital wallet operators, mobile device manufacturers, and software application providers may 1) use and receive your digital card number, and 2) receive information about your mobile device. If you have enrolled in Overdraft Protection and/or Debit Card Overdraft Service, those terms will apply to debit card transactions made through a mobile device.

We may, at any time, partially or fully restrict your ability to make debit card transactions through a mobile device. If you want to remove your digital card number from your mobile device, contact us using the information listed in the "Questions? We're here for you" section at the beginning of this Agreement.

## Card on file with merchants

If you give your debit card number to a merchant with authorization to bill that card for recurring payments, or to keep it on file for future purchases or payments, the merchant may receive updated card information to process such payments, for example, if the merchant participates in the Visa Account Updater Service or a similar service. However, since not all merchants receive updated card information, we recommend you notify each merchant of your new debit card number and/or expiration date to ensure your payments continue uninterrupted. If you have a card on file with a merchant and want to cancel the payment arrangement, be sure to cancel it directly with the merchant.

## Authorization holds for card transactions

For all card purchase transactions, we may place a temporary hold on some or all of the funds in the account linked to your card when we obtain an authorization request. **We refer to this temporary hold as an authorization hold. The funds subject to the hold will be subtracted from your available balance.** We generally release the hold within 3 business days, but it can be up to 30 business days for certain types of debit card transactions, such as international car rental and hotel, from the time of authorization or until the transaction is paid from your account.

If the merchant does not submit the transaction for payment within the time allowed, we'll release the authorization hold. This means your available balance will increase until the transaction is submitted for payment by the merchant and posted to your account. If this happens, we must honor the prior authorization and will pay the transaction from your account. In some situations, the amount of the hold may differ from the actual transaction amount since the merchant may not know the total amount you'll spend. For example: A restaurant submits the authorization request for your meal before you add a tip.

**You might end up overdrawing your account even though the available balance appears to show there are sufficient funds to cover your transaction.** For example: A merchant does not submit a one-time debit card transaction for payment within three business days of authorization (or up to 30 business days); we must release the authorization hold even though we'll have to honor the transaction. When we receive it for payment, it's paid from the funds in the account and at that time it causes an overdraft.

You should record and track all of your transactions closely to confirm your available balance accurately reflects how you spend funds from the account linked to your card.

## Partial authorization for card transactions

If a debit card or ATM card purchase amount exceeds the current available balance in the primary linked account when you're making a purchase, you may be able to use your available balance to pay for a portion of the total purchase. The transaction will be subject to a partial authorization daily purchase limit set by the Bank and your card's daily purchase limit.

We'll first try to approve the full amount of the purchase with the available funds in your checking account, account(s) linked for Overdraft Protection, and, if enrolled, using Debit Card Overdraft Service. If we don't approve the full amount of the purchase, we may approve a portion of the purchase using the remaining available funds in your checking account. This is called a partial authorization. The remaining amount of the purchase total would need to be covered by another form of payment, such as cash or another card. If you're unable/unwilling to provide an additional form of payment, and the transaction does not occur, the partial authorization will be reversed by the merchant. Not all merchants are able to accept partial authorizations or process transactions using multiple forms of payment.

## Transactions outside the United States

If a card is used to make an ATM withdrawal or a purchase outside the United States, the network handling the transaction will convert the local currency amount of the transaction to U.S. dollars (or, in the case of a purchase only, the merchant handling the transaction may convert the currency). If the network converts the currency, it will use either a rate selected by the network from the range of rates available in wholesale currency markets for the applicable central processing date, which rate may vary from the rate the network itself receives, or the government-mandated rate in effect for the applicable central processing date. If the merchant handling the purchase converts the currency, the merchant will determine the currency conversion rate. For each purchase transaction completed outside the United States, we may also charge an international purchase transaction fee, which we base on the amount provided to us by the network (for example, Visa, MasterCard) in U.S. dollars.

## Ending your card use

Your card is our property.

We may cancel your card or card banking access at any time without notice to you. You may cancel your card or card banking access at any time by writing to us at the address provided in your account statement, calling the number on the back of your card, or visiting your nearest branch. If the account is closed or the card is cancelled, you will immediately destroy the card(s) and, upon request, tell us in writing that the card(s) has been destroyed. If requested, you must immediately return the card(s) to us. If your card or card banking access is cancelled, you must pay for any card transactions made before the card is cancelled. For the Wells Fargo Campus Card℠ program, school issued campus cards are the property of the school.

## Zero Liability protection

With Zero Liability protection, you'll have no liability for any card transactions that you did not make or authorize, so long as those transactions occurred before the end of the 60-day period described below.

If your account statement shows card transactions that you did not make or authorize, tell us at once. If you don't notify us within 60 days after the statement was mailed or was otherwise made available to you, you'll be liable for any additional unauthorized card transactions that occurred after the 60-day period and before you provided notice to us (if we could have stopped those card transactions had you promptly notified us). This will apply even to unauthorized card transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we'll extend the time period.

**For card transactions from consumer accounts:** Your card comes with Wells Fargo's Zero Liability protection, which provides you with more coverage than what Regulation E requires for cards accessing consumer accounts (see "Liability for unauthorized transactions according to Regulation E" in the "Electronic Fund Transfer Disclosures" section of this Agreement).

**For card transactions from business accounts:** Your card comes with Wells Fargo's Zero Liability protection.

## Additional information for Wells Fargo Campus Card Program customers

Wells Fargo campus cards are available two ways:

1) Wells Fargo issued cards

2) School issued cards

Campus debit and campus ATM cards are available for students, faculty, and staff of participating colleges and universities. Campus debit cards can be identified by the Visa® logo on the front of the card; campus ATM cards don't include a Visa logo.

**A Wells Fargo-issued card** is produced by Wells Fargo and delivered to currently enrolled students and currently employed faculty and staff by mail after we receive their request for a card. A card may be requested by bringing a valid school ID to a Wells Fargo branch. It must be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions and expires five years from the date it was issued. At that time, we'll issue you a standard Wells Fargo Debit Card.

**A school issued card** is produced by the school and given directly to currently enrolled students and currently employed faculty and staff by the school. It can be linked to an eligible new or existing deposit account to be used for purchases and ATM transactions.

School issued campus ATM cards can be linked to an eligible deposit account at any time for up to five years from the date it was issued. The card expires five years after it is issued. You can contact Wells Fargo and request a standard Wells Fargo Debit or ATM Card to use for purchases and ATM transactions.

Both Wells Fargo and school issued campus cards are subject to daily dollar limits for purchases and ATM transactions. For a new campus debit card, we provide your daily ATM withdrawal and purchase limits when you receive your card, unless otherwise stated in the Agreement. For a new campus ATM card, the limits below apply to your card, unless you request and are provided other limits at the time you link your campus ATM card to an eligible deposit account. Replacement campus debit or campus ATM cards will have the same limits as the card it replaced at the time the replacement card is issued. You can confirm your limits by calling us at the number listed in the "Questions? We're here for you" section at the beginning of this Agreement, or by viewing them in online banking.

| New campus ATM card daily limits | |
|---|---|
| ATM Withdrawals | $710 |
| Purchases | $500 |

To view the Campus Debit and ATM Card Terms and Conditions, visit wellsfargo.com/debitcardterms (English) or wellsfargo.com/spanishdebitcardterms (Spanish).

## Card and ATM safety tips

**Card safety**

- Always protect your card and keep it in a safe place, just like you would cash, credit cards, or checks.
- Create a PIN that does not include any number or word that appears in your wallet (such as birth date, name, or address). Note: Most ATMs outside of the U.S require a four-digit numeric PIN.
- Memorize your PIN, never tell it to anyone, and never write it down.
- Change your PIN every six months. If you have forgotten your PIN or want a new one, visit your nearest Wells Fargo location.
- Shop with merchants you know and trust.
- Look at your account statements when you receive them to be sure you made the transactions listed. Contact us immediately if you identify anything suspicious.
- Make sure your internet transactions are secure. Look for secure transaction symbols.
- Log off from any site after you make a purchase. If you cannot log off, shut down your browser to keep someone from accessing your information.
- Avoid sending your card number through email because it isn't secure, and don't give the number over the phone unless you made the call.
- If your card is ever lost or stolen, immediately notify us at the number or P.O. Box listed in the "Questions? We're here for you" section at the beginning of this Agreement.
- Destroy your old card if you receive a replacement.
- Before using an attended or unattended merchant terminal, look at it for possible tampering or for the presence of any unauthorized attachment that could capture your card information or PIN.

**ATM safety**

- Be aware of your surroundings and be cautious when you withdraw money.
- Watch for suspicious persons or activity around the ATM. If you notice anything out of the ordinary, come back later or use an ATM elsewhere. If you see someone suspicious or unusual circumstances, don't use the ATM at that time. If you're in the middle of a transaction, cancel the transaction, take your card and leave the area and come back at another time or use an ATM at another location.
- Before using the ATM, look at it for possible tampering or for presence of any unauthorized attachment that could capture your card information or PIN.
- Report all crimes immediately to the operator of the ATM or local law enforcement.
- Consider having someone accompany you when using an ATM after dark.
- Be sure no one sees you enter your PIN.
- Avoid showing your cash. Put it away as soon as your transaction is completed. Wait to count your cash until you're in the safety of a locked enclosure, such as a car or home.
- Keep safe or securely get rid of your ATM receipts.
- Keep your engine running when you use a drive-up ATM. Keep your doors locked and your passenger window up.

# Funds Transfer Services

The following provisions are in addition to, and not in place of, any other agreements you have with us regarding funds transfers to and from your account. The terms “funds transfer,” “funds transfer system,” “payment order,” and “beneficiary” are used here as defined in Article 4A of the Uniform Commercial Code - Funds Transfers, as adopted by the state whose laws govern your account. As used in these provisions, a funds transfer does not include a transaction made using a Wells Fargo issued card. Examples of funds transfers covered by these provisions are a preauthorized automatic transaction via ACH (such as your car or mortgage payment), remittance transfers, and wire transfers (whether outgoing or incoming, foreign or domestic).

**Rules of funds transfer systems**

Funds transfers to or from your account will be governed by the rules of the funds transfer system(s) through which the transfers are made (“system rules”), including Fedwire, the National Automated Clearing House Association, the Electronic Check Clearing House Organization, any regional association (each an ACH), the Clearing House Interbank Payments System (CHIPS), the Society for Worldwide Interbank Financial Telecommunication (“SWIFT”) and the RTP system (“RTP System”). We’re under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury’s Office of Foreign Assets Control (“OFAC”) and the Financial Crimes Enforcement Network (“FinCEN”).

**Sending funds transfers/ Means of transmission**

When acting upon your transfer instructions, we may use any means of transmission, funds transfer system, clearing house, or intermediary bank that we reasonably select.

**Notice of funds transfers**

We’ll notify you of funds electronically debited from or credited to your account. We’re under no obligation to provide you with any additional notice or receipt.

**Reliance on identification numbers**

If an instruction or order to transfer funds describes the party to receive payment inconsistently by name and account number, we’ll rely on the beneficiary account number even if the account number identifies a party different from the named recipient. If an instruction or order to transfer funds describes a participating financial institution inconsistently by name and identification number, the identification number may be relied on as the proper identification of the financial institution.

**Your duty to report unauthorized or erroneous funds transfers**

You’ll exercise ordinary care to determine whether a funds transfer from your account was either not authorized or inaccurate. You must notify us if a funds transfer from your account wasn’t authorized or is inaccurate. Notify us within 14 days after we notify you that the instruction or order was accepted or your account was debited or credited for the funds transfer, whichever is earlier, to be entitled to a refund from us. If you don’t notify us within 14 days, we’ll be entitled to retain payment for the funds transfer.

**Erroneous payment orders**

You could lose funds if you provide incomplete or inaccurate information in your payment orders. We have no obligation to detect errors you make in payment orders (for example, paying the wrong person or the wrong amount). Just because we detect an error once, we won’t be obligated to detect future errors. We’ll rely on the beneficiary account number and beneficiary bank identification number (e.g., IBAN, RTN, or SWIFT BIC) you provide with an instruction or order.

**ACH transactions**

These additional terms apply to payments to or from your account that you transmit through an ACH:

- Your rights as to payments to or from your account will be based on the laws governing your account.
- When we credit your account for an ACH payment, the payment is provisional until we receive final settlement through a Federal Reserve Bank or otherwise receive payment.
- If we don’t receive final settlement or payment, we’re entitled to a refund from you for the amount credited to your account.
- Any Originating Depository Financial Institution (ODFI) may initiate, pursuant to ACH Operating Rules, ACH debit entries to your account for presentment or re-presentment of items you write or authorize.

**Remittance transfers**

Remittance transfers are initiated by consumers primarily for personal, family, or household purposes, and are sent outside the United States and its territories. Each time you initiate a remittance transfer, you’ll receive disclosures outlining additional rights provided by federal law. You also may obtain a copy of those rights on wellsfargo.com or in any branch.

## Incoming international wire transfers

If we receive an incoming international wire transfer for payment into your account that was remitted in a currency other than U.S. dollars, we'll convert the amount of the payment into U.S. dollars using the applicable exchange rate for credit to your account. You consent to our doing this without prior notice to you.

If for any reason we don't receive covering payment from the remitting or intermediary bank in respect of an incoming international wire transfer we have credited to your account, you agree to allow us to debit your account for the amount credited under such incoming international wire transfer.

## Reversal or return of ACH transactions

**Consumer accounts only:** You have the right to reverse any unauthorized ACH payment that was debited from your account. If you give us written notice that you want to reverse a payment, we'll credit your account for the amount of the payment. You must notify us no later than 15 days after we send or otherwise make available to you the account statement that reflects the payment you want to reverse. This right of reversal is in addition to your right to stop payment.

**Business accounts only:** Under the ACH Rules, the Bank can return any non-consumer ACH debit entry as unauthorized until midnight of the business day following the business day the Bank posts the entry to your account. In order for the Bank to meet this deadline, you're required to notify us to return any non-consumer ACH debit entry as unauthorized by the cutoff time we separately disclose. The cutoff time is currently 3:00 p.m. Central Time. If you don't notify us in a timely manner of the unauthorized non-consumer ACH debit entry, we won't be able to return it without the cooperation and agreement of the originating bank and the originator of the debit entry. Any other effort to recover the funds must occur solely between you and the originator of the entry.

## Additional information on ACH debit entries

If you provide information that is incorrect or subject to change (for example, if the sender changes its company identification number or individual identification number), it may result in payment of the ACH debit entry. You acknowledge this risk and agree that you're responsible for notifying the sender of the ACH debit entry that your authorization has been revoked. You agree to indemnify and hold us harmless from, and against any loss we incur, as a result of our paying an ACH debit entry, if any of the information relied on in the stop payment order is incorrect or incomplete (or as a result of our not paying an ACH debit entry for which a valid stop payment order is in effect).

## Liability for transactions not covered by Regulation E

For purchases and other transactions in consumer accounts not governed by Regulation E, you're liable for all losses relating to unauthorized funds transfers that don't result solely from our negligence or intentional misconduct, unless the laws governing your account require lesser liability.

## Receiving RTP® Payments

The following additional terms apply to any real-time payments we receive for credit to your account through the RTP System. The terms "sender," "receiver," and "sending participant" are used here as defined in the system rules governing RTP payments ("RTP Rules"). In addition to the RTP Rules, RTP payments will be governed by the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, as applicable, without regard to its conflict of laws principles.

- The RTP System may be used only for eligible payments between a sender and receiver whose accounts are located in the United States. You may not send or receive payments on behalf of any person or entity not domiciled in the United States. RTP payments that are permitted under the RTP Rules and our requirements are considered eligible payments for purposes of this Agreement.
- RTP payments cannot be cancelled or amended by the sender. If we receive a message from a sending participant requesting return of an RTP payment received for credit to your account, we may notify you of that request. You're not obligated under the RTP Rules to comply with any such request for return of funds. Any dispute between you and the sender of an RTP payment should be resolved between you and the sender.
- If you don't wish to accept an RTP credit received to your account, you may request that we return such payment to the sender. We may, at our sole discretion, attempt to honor such request but will have no liability for our failure to do so.
- RTP payments are typically completed within thirty (30) seconds of transmission of the RTP payment by the sender, unless the RTP payment fails or is delayed due to a review by us or the sending participant, such as for fraud, regulatory, or compliance purposes. Transaction limits imposed by the RTP System or sending participant may also prevent RTP payments from being sent to your account.

We're under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

# Electronic Fund Transfer Services

**(Consumer accounts only)**

## General rules for electronic fund transfer services

When you read this section, you'll see references to Regulation E which provides certain protections and responsibilities.

We offer a variety of electronic fund transfer services you can use to access funds in your account(s) and perform other transactions detailed in this section. We describe some of these services in this section and also provide certain disclosures that apply to the use of electronic fund transfer services with your consumer account. Some of these services are governed by separate agreements we give to you at the time your card is mailed or you sign up for the service (e.g., ATM and debit cards, online, and mobile banking).

When you read this section, you'll see references to Regulation E or Reg E. This regulation applies to transactions you can perform using your card to access your account, such as purchases and ATM transactions. Regulation E also applies to other types of electronic fund transfers you can make from or to your account, such as payments made using Bill Pay and the direct deposit of your paycheck into your account. Regulation E sets forth the basic rights, liabilities, and responsibilities of consumers who use electronic fund transfers and of the banks or other persons who offer these services. It includes the actions you need to take if you believe your card, your card number, or your Personal Identification Number (PIN) has been lost or stolen, or if you notice an error or unauthorized electronic fund transfer on your account and the rules regarding your potential liability for these transfers. Your responsibilities and protections under Regulation E are described in more detail in the "Electronic Fund Transfer Disclosures" section.

For unauthorized card transactions, in addition to the rights you have under Regulation E, Wells Fargo Zero Liability protection provides you with added protection from liability. For details, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

The following table summarizes the types of transactions to which Regulation E applies and tells you if Zero Liability protection covers the transaction.

| Electronic fund transfer | Description | Transaction covered by Reg E | Zero Liability protection |
|---|---|---|---|
| **Card transactions** | | | |
| **Debit and ATM cards** | Use your Debit or ATM card to make purchases, withdrawals, payments, transfers, and other transactions as described above in the "Debit Cards and ATM Cards" section of this Agreement. | X | X |
| **Electronic transfers, payments, credits, and electronic check conversions** | | | |
| **Transfers** | Send or receive transfers between your accounts or to other recipients at Wells Fargo or other financial institutions | X | |
| **Payments** | One-time or recurring payments from your account that you initiate or preauthorize for withdrawal from your account | X | |
| **Credits** | Manual or automatic electronic deposits to your account, such as payroll or benefits payments | X | |
| **Electronic check conversions** | Electronic fund transfer using information from a check (e.g., the Bank's routing number and your account number) | X | |
| **Phone Bank transactions** | | | |
| **Phone Bank transactions** | **Not under a written agreement or plan:** A request to the Phone Bank to make a transaction to or from your account | | |
| | **Under a written agreement or plan:** The Phone Bank, under an agreement, can make transactions to and from your account | X | |

# Electronic Fund Transfer Disclosures

**(Consumer accounts only)**

The following provisions apply to electronic fund transfers to or from your consumer deposit account that are governed by Part A of Regulation E.

**Note:** These provisions don't apply to wire transfers. Refer to the "Funds Transfer Services" section of this Agreement.

## Liability for unauthorized transactions according to Regulation E

**Tell us AT ONCE if you believe your card, card number, or PIN has been lost or stolen,** or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus funds in any line of credit, savings account, or credit card linked to your account or as part of an Overdraft Protection plan).

If you tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, you can lose no more than $50 if someone used your credentials without your permission (however, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement).

If you **do NOT** tell us within two business days after you learn of the loss or theft of your card, card number, or PIN, and we can prove we could have stopped someone from using your credentials without your permission if you had told us, you could lose up to $500 (however, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement).

Also, if your account statement shows transfers that you did not make or authorize, including those made by your card, PIN, or other means, tell us at once. If you do not notify us within 60 days after the statement was mailed or was otherwise made available to you, you will be liable for any additional unauthorized transactions that occurred after the 60-day period and before you provided notice to us (if we can prove we could have stopped those transactions had you promptly notified us). This will apply even to unauthorized transactions that occur shortly before you notify us. If a good reason (such as a long trip or hospital stay) kept you from telling us, we will extend the time periods.

## Contact in the event of unauthorized transfer

If you believe your card, card number, or PIN, has been lost or stolen, call us at 1-800-869-3557 or the number listed on your statement, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995.

You should also call the number or write to the address listed above if you believe a transfer has been made using the information from your check without your permission.

## Preauthorized credits to your account

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can check your online or mobile banking, enroll in account alerts, or call us at 1-800-869-3557 to find out whether or not the deposit has been made.

## Handling preauthorized payments

**Right to stop payment:** If you have told us in advance to make regular (recurring) payments out of your account, you can stop any of these payments. Here's how: Call us at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995, in time for us to receive your request three business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call. There is no fee to stop a recurring preauthorized payment using the debit card.

**Notice of varying amounts:** If the amount of these regular (recurring) payments vary, the party you are going to pay should tell you, 10 days before each payment, when it will be made and how much it will be. (The party you are going to pay may allow you to choose to get this notice only when the payment would differ by more than a certain amount from the previous payment, or when the amount would fall outside certain limits that you set.)

**Liability for failure to stop payment:** If you order us to stop one of these payments three business days or more before the transfer is scheduled, and we do not do so, we will pay for your losses or damages.

**Note:** We cannot stop payment on a purchase transaction unless it is a preauthorized electronic fund transfer.

## Electronic check conversion

You may authorize a merchant or other payee to make a one-time electronic payment from your account using information from your check to 1) pay for purchases, or 2) pay bills.

You have the right to contact us to find out whether an electronic transfer has been credited or debited to your account. Call us at 1-800-869-3557, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR 97228-6995.

## Receipts

You can get a receipt at the time you make any transfer to or from your account using one of our ATMs or when you use your card at a merchant terminal.

## Our liability for failure to make transfers

If we do not complete a transfer to or from your account on time or in the correct amount according to our agreement with you, we will be liable for your losses or damages. However, there are some exceptions. For instance, we will not be liable if:

- Through no fault of ours, you do not have enough money in your account to make the transfer,
- The transfer would go over the credit limit on a credit account linked for Overdraft Protection,
- The ATM where you are making the transfer does not have enough cash,
- The terminal or system was not working properly and you knew about the breakdown when you started the transfer,
- Circumstances beyond our control (such as fire or flood) prevent the transfer, despite reasonable precautions we have taken, or
- There is some other exception stated in our Agreement with you.

## In case of errors or questions about your electronic fund transfers

If you see an error or have questions about your electronic transfers, think your deposit statement or receipt is wrong, or you need more information about a transfer listed on an account statement or receipt, call us at 1-800-869-3557 or the number listed on your account statement, or write to us at Wells Fargo, Customer Correspondence, P.O. Box 6995, Portland, OR, 97228-6995 as soon as you can. We must hear from you no later than 60 days after we send the FIRST account statement on which the problem or error appeared, and you should take the following actions:

- Tell us your name and account number (if any) and the dollar amount of the suspected error.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error, or why you need more information.

If you tell us in person or by phone, we may require that you send us your complaint or question in writing within 10 business days.

## Investigations

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we need more time, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale transactions, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

# Other Account Services and Restrictions

**Telephone banking services**

You may use our automated phone system to get account information, transfer funds between Wells Fargo accounts, or pay certain Wells Fargo credit bills. To access this service, you must have a valid PIN, either for your debit or ATM card, or a PIN issued only for authentication purposes (a "non-card PIN"). If you don't have a valid PIN, we'll ask you for information to verify your identity. We may cancel your non-card PIN at any time without notice, including after six months of non-use. We may comply with any request of a caller using Wells Fargo's telephone banking services, provided we authenticate the caller in compliance with one of the identity verification procedures described in this paragraph.

**Large cash withdrawals or deposits**

We may place reasonable restrictions on large cash withdrawals. These restrictions may include requiring you to provide reasonable advance notice to ensure we have sufficient cash on hand. We don't have any obligation to provide security if you make a large cash withdrawal. If you want to deposit a large amount of cash, we may require you to provide adequate security or exercise other options to mitigate possible risks.

**Checks with multiple signatures**

We may act on the instructions of any one authorized signer on your account and not require multiple signatures. If you have indicated that more than one signature is required to transact on your account, you acknowledge and agree that such requirements are for your own control purposes only, and we won't be liable if a check or other transaction is processed without multiple signatures. We're not responsible for reviewing your checks or other transactions for multiple signatures.

**Checks with dates and special instructions**

We may pay the amount encoded on your check in U.S. dollars, even if you wrote the check in a foreign currency or made a notation on the check's face to pay it in a foreign currency. If we, in our sole discretion, pay a check or other item in a foreign currency, the applicable exchange rate may apply. The encoded amount is in the line along the bottom edge of the front of the check where the account number is printed.

We may, without inquiry or liability, pay a check even if it:

- Has special written instructions indicating we should refuse payment (e.g., "void after 30 days" or "void over $100"),
- Is stale-dated (i.e., the check's date is more than six months in the past), even if we're aware of the check's date,
- Is post-dated (i.e., the check's date is in the future), or
- Isn't dated.

**Use of a facsimile or mechanical signature**

If you use a facsimile or mechanical signature (including a stamp on a check) it will be treated as if you had actually signed it.

**ACH debit entries**
(Business accounts make note)

Under the ACH operating rules, certain types of ACH debit entries may only be presented on a consumer account. We'll have no obligation to pay, and no liability for paying, any consumer ACH debit entry on a business account.

**Acceptable form for checks**

Your checks must meet our standards, including paper stock and dimensions; we may refuse checks that don't or that cannot be processed by our equipment. Checks must include our name and address as provided by us. Certain check features, such as security features, may impair the quality of a check image. We're not responsible for losses that result from your failure to follow our check standards.

**Checks presented by a non-customer**

For these transactions, we require acceptable identification, which may include a fingerprint from the person presenting your check. We may not honor the check if the person refuses to provide us with requested identification. We may charge a fee for non-customers to cash a check.

**Electronic check indemnifications**

An "electronic check" and an "electronic returned check" means an electronic image of a paper check or paper returned check or the electronic information derived from it.

When we transfer or present an electronic check or electronic returned check, we provide the following warranties:

- **Image Quality Warranty.** We guarantee that the electronic image accurately represents all of the information on the front of the check as of the time that the original check is truncated, and the electronic information includes an accurate record of all MICR line information required for a substitute check and the amount of a check.
- **No Double Debit Warranty.** We guarantee that the warrantee won't receive a presentment of or otherwise be charged for an electronic check, an electronic returned check, the original check, a substitute check, or a paper or electronic representation of a paper substitute check, in a way that the warrantee will be asked to pay a check that it has already paid.

When we transfer an electronic check for collection or payment, we make the image quality warranty and the no double debit warranty to the transferee bank, any subsequent collecting bank, the paying bank, and the drawer. When we transfer an electronic returned check for return, we make the image quality warranty and the no double debit warranty to the transferee returning bank, the depository bank, and the owner.

**Indemnities applicable to electronic checks and electronic returned checks.** You will indemnify, defend, and hold us harmless from all liabilities, obligations, demands, and costs (including fees of legal counsel and accountants) awarded against or incurred by us (collectively, "losses and liabilities"), related to the transfer or return of an electronic check or an electronic returned check on your behalf. If we suffer any losses or liabilities related to a breach of the image quality warranty or the no double debit warranty, you will reimburse us and not hold us responsible or liable.

**Indemnities applicable to remote deposit capture services (including Wells Fargo Mobile Deposit)**. If a depository bank accepts the original check from which an electronic check is created and suffers losses due to the check having already been paid, we're required to indemnify and reimburse that bank. If we suffer any losses or liabilities related to that type of depository bank indemnity obligation, you will indemnify and reimburse us and not hold us responsible or liable.

**Indemnities applicable to electronically created items.** If we transfer or present an "electronically created item" and receive settlement or other consideration for it, we're required to indemnify and reimburse each transferee bank, any subsequent collecting bank, the paying bank, and any subsequent returning bank against losses that result from the fact that:

- The electronic image or electronic information is not derived from a paper check,
- The person on whose account the electronically created item is drawn didn't authorize its issuance or the payee stated on the item, or
- A person receives a transfer, presentment, or return of, or otherwise is charged for an electronically created item in such a way that the person is asked to make payment based on an item it has paid.

If we suffer any losses or liabilities related to that type of electronically created item indemnity obligation, you will indemnify and reimburse us and not hold us responsible or liable.

## Stop payment

Applicable fees are described in the Consumer Schedule and Business Schedule.

**Requesting stop payment on a check**

You may request a stop payment on a check if you allow us a reasonable amount of time to act on it; the same is true if you ask us to cancel a stop payment order. You can request a stop payment through wellsfargo.com, by phone, or by visiting your local branch. We may verify that we have not already become obligated to pay the check from your account and can verify after we accept your stop payment order.

To issue a stop payment order on a check, we request the following information:

- Your bank account number
- The check number or range of numbers
- The check amount or amounts
- The payee(s) name(s)
- The date on the check

We are not responsible for stopping payment on a check if you provide incorrect or incomplete information about the check.

**Stop payment orders on ACH debit entries**

You may request a stop payment order for an ACH debit entry that has not already been paid from your account sender/payee. To be effective, a stop payment order must be received in a time and manner that gives the Bank a reasonable opportunity to act on the applicable ACH debit entry. If you provide verbal instructions, we may require confirmation in writing. If such written confirmation isn't received, we may remove the stop payment order after 14 days. An instruction to revoke a stop payment order must be received in a time and manner that gives us a reasonable opportunity to act on it.

To place a stop payment order on an ACH debit entry, you must provide the following information: (i) your account number, (ii) amount of the ACH debit entry, (iii) effective date, and (iv) payee name. We may request additional information and may, at our sole discretion, use only a portion of the required information in order to identify the ACH debit entry. We may be able to place a stop payment order based on the company identification number of the sender/payee, but this may stop all ACH entries received from this sender/payee.

**Effective period for a stop payment order**

- **A stop payment order on a check is valid for six months.** We may pay a check once a stop payment order expires. You must request a new stop payment order if you don't want it to expire and we treat each renewal as a new order, and a new fee will apply.

- **Your responsibility after we accept a stop payment on a check.** Even if we return a check unpaid due to a stop payment order, you may still be liable to the holder of the check (e.g., a check cashing business).

**Stopping payment on a preauthorized electronic fund transfer**
If your account is a consumer account, you may stop payment on a preauthorized electronic fund transfer. See “Handling preauthorized payments” in the “Electronic Fund Transfer Services” section of this Agreement.

### Post-dated checks

A post-dated check is a check you issue with a date in the future. We’re not responsible for waiting to honor the check unless you use a stop payment order for the check. You’re responsible for notifying us to cancel the stop payment order when you’re ready to have that check paid.

# Time Accounts (CDs)

CDs mature and are payable at the expiration of a specified term, which will be no less than seven calendar days after the date of deposit. The CD’s maturity date is the last day of the term for the CD and is printed on your receipt.

We may refer to a Time Account as a CD or Certificate of Deposit, even though we don’t issue a paper certificate when opening the account or require a paper certificate to close the account.

**You may withdraw funds from your CD on the maturity date without a penalty**. During the seven calendar days after the maturity date, which we refer to as grace period, you can change the term, generally make withdrawals and additional deposits, or close the CD. No additional deposits to the CD are allowed outside this grace period. You may be charged a penalty if you make a withdrawal at any other time. See “Early withdrawal penalty and Regulation D penalty” in this section.

**Unless you withdraw the funds, your CD will automatically renew at maturity:**

- Typically for the same term unless we inform you at the time of account opening or prior to maturity of a different renewal term, and
- At our standard interest rate in effect on the maturity date for a new CD of the same term and amount, unless we have notified you otherwise.

At renewal, in addition to the interest rate and renewal term, we may change any other CD provision, subject to providing you notice as required by law. We’ll treat any interest that is deposited into your CD during the previous term as principal for your new term.

**IRA CDs and ESA CDs**
You may have multiple accounts within your Individual Retirement Account (IRA) or Education Savings Account (ESA) plan. We no longer offer new IRAs or new ESAs. IRA CDs are only available for current IRA customers, and ESA CDs are only available for current ESA customers.

Your IRA/ESA plan balance on December 31 of each year represents the fair market value of your account. We report the fair market value, distributions from and contributions to your IRA/ESA, to the Internal Revenue Service (IRS). If applicable, the IRS may impose penalties. Please consult your tax advisor.

**Interest on your CD**
The Annual Percentage Yield (APY) we disclose to you assumes the interest you earn will remain on deposit until your CD matures. If you withdraw your earned interest before maturity, your account will earn less interest over time and the actual APY will be less than the disclosed APY.

| Term | CD Interest payment options* | | | | |
|---|---|---|---|---|---|
| | Monthly | Quarterly | Semi-Annually | Annually | At maturity |
| Less than 12 months (365 days) | X | X | X | Not available | X |
| 12 months or more | X | X | X | X | Not available |

*Interest payments for IRA/ESA CDs redeposit monthly into your CD.

With the exception of IRA/ESA CDs, you may choose to have your interest payments re-deposited into your CD, transferred to a Wells Fargo checking or savings account, or paid by check if your CD has a minimum balance of $5,000.

### Early withdrawal penalty and Regulation D penalty

**Early withdrawal penalty (Fixed Rate CDs and Fixed Rate IRA/ESA CDs):** Other than the Regulation D penalty described below, any money you withdraw from your CD before the end of its term will be subject to an early withdrawal penalty based on the length of the CD term.

| CD Term | Penalty |
|---|---|
| less than 90 days (or less than 3 months*) | 1 month's interest |
| 90 through 365 days (or 3-12 months*) | 3 months' interest |
| Over 12 months through 24 months | 6 months' interest |
| Over 24 months | 12 months' interest |

* Some CD terms are based on days and others are based on months. Check your receipt for the term applicable to your CD.

We calculate the early withdrawal penalty using the amount of principal you withdraw at your CD's interest rate at the time of withdrawal. The penalty is calculated by multiplying the interest rate by the amount of principal withdrawn then dividing that total by 12 to arrive at one month's interest. We'll deduct your early withdrawal penalty from your earned interest. If the penalty is greater than your earned interest, then we'll deduct the difference from the principal amount of your CD.

**Regulation D Penalty**: The Regulation D penalty is seven days' simple interest on the amount withdrawn and applies to the following:

- Withdrawals made within seven days of account opening including the day the account was opened.
- Withdrawals made during the grace period, when additional deposits are made during the grace period and the withdrawal exceeds the amount of the matured CD balance.
- Withdrawals within seven days of any prior withdrawal where the Bank's early withdrawal penalty is not applied.

**Exceptions to the early withdrawal penalty and the Regulation D penalty (Fixed Rate CDs):**

- Death of the CD owner
- Death of the grantor of a revocable family/living trust
- Court determination that a CD owner is legally incompetent

**Exceptions to the early withdrawal penalty and the Regulation D penalty (Fixed Rate IRA/ESA CDs):**

- Death of the IRA CD or ESA CD owner
- Court determination that an IRA CD or ESA CD owner is legally incompetent
- IRA or ESA owner becomes disabled
- IRA owner is age 59 ½ or older
- IRA or ESA owner requests a revocation in writing within seven days of plan opening

# Protecting Your Account and Your Information

### Protection against unauthorized items

You acknowledge that there's a growing risk of losses resulting from fraud, including unauthorized items. To help prevent fraud on your account, you agree to take reasonable steps to ensure the integrity of your account and items drawn on your account or deposited to it. We recommend you take the following preventive measures (not an exhaustive list):

- Reconcile your account statements when received and promptly notify us of any problem.
- Promptly notify us if you don't receive an expected statement.
- Secure your supply of checks at all times, use tamper resistant checks, destroy checks you don't intend to use, and don't sign blank checks. Check-related fraud is common.

### Additional protections for business accounts

**Additional steps business customers can take to help reduce the risk of fraud on their accounts:**

- Assign responsibilities for your business account to multiple individuals and periodically reassign duties. Have different people reconcile statements and withdraw funds.
- Watch for checks cashed out of sequence or made out to cash as flags for embezzlement.
- Review activity for unexpected fluctuations such as the percentage of cash deposits to total deposit size. Most businesses will keep a constant average.
- Notify us immediately when an authorized signer's authority ends so that their name can be removed from account access.
- Obtain insurance coverage for bank account fraud risks.

**Wells Fargo services to help prevent fraud on analyzed business accounts include:**

- Positive pay, positive pay with payee validation, or reverse positive pay
- ACH fraud filter, and
- Payment Authorization service.

In addition, we recommend you use certain industry best practices such as dual custody. With dual custody, when one user initiates an action like a payment or a change in the set-up of a service, the action does not take effect until a second user approves the action using a different computer or mobile device.

**Potential consequences if a business customer does not implement the fraud prevention services we recommend.** If we have expressly recommended that you use a fraud prevention service or industry best practice and you either (a) decide not to implement or use the recommended service or industry best practice or (b) fail to use it in accordance with the applicable service description or our other applicable documentation, then you'll be treated as having assumed the risk of any losses that could have been prevented or mitigated by correct use of the recommended service or best practice.

### Verifying your identity with your mobile device and your wireless company

Wells Fargo may collect, use, and retain personal or other information about you or your mobile device to assist in verifying your identity. We may rely on such information provided to us by your wireless company, and you authorize them to disclose:

- Your mobile number, name, address, email;
- Network status, customer type, customer role, billing type, mobile device identifiers (IMSI and IMEI), and other subscriber and device details to Wells Fargo and our service providers for the duration of the account relationship.

Review our Privacy Notice for how we treat your data. You represent that you're the owner of the mobile phone number or have the delegated legal authority to act on behalf of the mobile subscriber to provide this consent.

## Statements, Interest, and Other Account Information

### Statements and notices

We'll make available to you a statement of your account activity for each statement period, using the postal or email address associated with your account. We'll do the same with notices. If your delivery preference is electronic, we'll notify you by email that your statement or notice is available online. You must be at least 13 years old to receive online statements.

We'll send statements and notices to one owner of a jointly owned account, and you agree that owner is responsible for sharing copies of the information with all other owners. If you request that we send notices to an authorized signer, the authorized signer has the same responsibility. Online statements are available to each joint owner.

Your statement is considered received by you on the second business day after we mail it to you or, if your delivery preference is electronic, when it's available through online banking. You agree to this timing even if the postal or email address you provided us is invalid.

Checking accounts get a monthly account statement. Savings accounts generally get a quarterly account statement, but will get a monthly statement if you set up automatic transfers into your savings account, have electronic fund transfer activity in the account, or have a combined statement for your checking and savings accounts.

### Combined statements

We may combine statements for accounts with at least one common owner, in which case we consider the first account listed on your statement as your primary account. We'll make available your account statement through the address listed for your primary account. Statements for accounts in a combined statement will be delivered according to the delivery preference of the primary account.

Any person with online access to the primary account will also have online viewing capability to all the information on the combined statement.

If you prefer that we not combine your statements, let us know and we'll keep them separate. This will apply to subsequent statements only, and this option isn't available for the Portfolio by Wells Fargo® program.

## Changing statement period and fee period for checking and non-IRA savings accounts

We may change the statement period and fee period assigned to your account without advance notice. If your account is interest-bearing, these changes won't affect interest calculations, but they may affect the date we post interest to your account.

For all accounts except analyzed business accounts, if the first new fee period created by our change is fewer than 25 days, the Bank will automatically waive the monthly service fee for that period.

## Check safekeeping and check image service

**We don't return your physical paid checks in your statements.** Instead, we make copies of your paid checks available online, by calling us, or at our banking locations.

**For an additional fee, you can enroll in our check images service.** With this service, you'll receive images of your paid checks on your paper statement. See the "Service Fees" section of the Consumer Schedule or Business Schedule for specific applicable fees and additional details. This service isn't available with online statements, savings accounts, or Clear Access Banking.

For checking accounts with paper statements, the fee for this service is posted to your account on the last day of the fee period, and it will only be assessed when check images are included in your statement. If you have a combined statement or Portfolio by Wells Fargo program, only the primary checking account is eligible for the monthly check image service.

When we provide a statement, we have made the check image available to you, even if we don't send originals or images with the statement. We'll destroy original checks after a reasonable period of time we determine. If for any reason we can't provide a copy of your check, we won't be liable for more than the face amount of the check. We cannot provide originals or images of checks that are sent to us as electronic transfers. Additionally, other banks may send us electronic images instead of original checks. In that case, we may provide a copy of the image, but not the original check.

## Account statements or notices returned or undeliverable

Your account statements or notices will be considered unclaimed or undeliverable if

- Two or more account statements or notices are returned to us through the mail because of an incorrect address; or
- We notify you electronically that your account statement is available for online viewing, and we receive email notifications that our message is undeliverable.

In either event, we may

- Discontinue sending account statements and notices, and
- Destroy account statements and notices returned to us as undeliverable.

We won't attempt to re-deliver account statements and notices to you until you provide us with a valid postal or electronic address.

## Change of address

You agree to promptly notify us of any change to your postal or email address. We'll change your postal or email address within a reasonable time after you request it. If you have a combined statement, any owner of the primary account can change the address of all accounts included in the combined statement. Unless you instruct otherwise, we may change the postal or electronic address only for the account(s) you specify or for all or some of your other account(s) with us.

We may update your address in our records without a request from you if (1) we identify a need to rely on another address you have provided us; or (2) we receive an address change notice from the U.S. Postal Service or information from another party in the business of providing correct address details that does not match the address in our records for your account or card.

## Your responsibility to review account statements and notices and notify us of errors

You are obligated to:

- Examine your account statement promptly and carefully.
- Notify us promptly of any errors.
- Notify us within 30 days after we have made your account statement available to you of any unauthorized transaction on your account. Note: If the same person has made two or more unauthorized transactions and you fail to notify us of the first one within this 30-day period, we won't be responsible for unauthorized transactions made by the same wrongdoer.
- Notify us within six months after we have made your account statement available to you if you identify any unauthorized, missing, or altered endorsements on your items.

For specific information on unauthorized card transactions, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

**Consumer accounts only:** Electronic fund transfers are subject to different time periods for notification of errors, as described in the "Electronic Fund Transfer Services" section of this Agreement. Common examples of electronic fund transfers are ATM, debit card, and Bill Pay transactions.

## Responsibility to notify us of errors

If you fail to notify us of any unauthorized transaction, error, or claim for a credit or refund within the time frames specified above, your account statement will be considered correct and we won't be responsible for any unauthorized transaction, error, or claim for transactions included in the applicable statement.

## Unauthorized transactions

A transaction is an unauthorized transaction when it's

- Missing a required signature or other evidence showing you have authorized it, or
- Altered (for example, the amount of a check or the payee's name is changed).

You can notify us of errors on your account statements by promptly

- Calling the telephone number listed on your account statement or in a notice, or
- Submitting a written report (if instructed by us) as soon as possible, but in any event within the specified time frames.

**Actions we take when you report an unauthorized transaction:** We investigate any reports of unauthorized activity on your account. After you submit a claim, we may require you to:

- Complete and return the claim form and any other documents we require,
- Notify law enforcement, and
- Cooperate fully with us in our investigation.

We can reverse any credit made to your account resulting from a claim of unauthorized transaction or error if you don't cooperate fully with us in our investigation or recovery efforts, or we determine the transaction was authorized.

For specific information on unauthorized card transactions, see "Zero Liability protection" in the "Debit Cards and ATM Cards" section of this Agreement.

**Consumer accounts only:** For specific information on unauthorized electronic fund transfers, see the "Electronic Fund Transfer Services" section of this Agreement.

## Adverse claims against your account

An adverse claim occurs when

- Any person or entity makes a claim against your account or funds in your account,
- We believe a conflict exists between or among your account's owners, or
- We believe a dispute exists over who has account ownership or authority to withdraw funds from your account.

In these situations, we may take any of the following actions without any responsibility or liability to you:

- Continue to rely on the documents we have on file for your account.
- Honor the claim against your account funds if we're satisfied the claim is valid.
- Freeze all or a part of the funds in your account until we believe the dispute is resolved to our satisfaction.
- Close your account and send a check or other item for the available balance in your account payable to you or to you and each person or entity who claimed the funds.
- Pay the funds into an appropriate court.

We also may charge any account you keep with us for our fees and expenses in taking these actions (including attorney's fees and expenses, and court costs).

### If you carry special insurance for employee fraud/embezzlement

(Business accounts only)

If you have special insurance for employee fraud/embezzlement, we may require you to file your claim with your insurance company before making any claim against us. In such event, we'll consider your claim only after we have reviewed your insurance company's decision, and our liability to you, if any, will be reduced by the amount your insurance company pays you.

### Restricting access to your account

If we suspect any suspicious, irregular, fraudulent, unauthorized or unlawful activities, we can prevent, delay or decline transactions, freeze all or some of the funds in any account with us that you keep or control, and otherwise restrict access to your account. We may take these actions in our sole discretion and without liability to you, but we are not obligated to take any such actions.

### Converting accounts

We can convert your account to another type of deposit account (by giving you any required notice) if:

- You use it inappropriately or fail to meet or maintain the account's requirements, including minimum balance requirements, or
- We determine an account is inappropriate for you based on your use, or
- We stop offering the type of account you have.

### Terminating or suspending services

We can terminate or suspend specific services (for example, wire transfers) without closing your account and without prior notice to you. You can discontinue using a service at any time.

### Obtaining credit reports or other reports about you

We can obtain a credit or other report about you and/or your co-owners and authorized signers to help us determine whether to open or keep an account. We can also obtain information from motor vehicle departments, other state agencies, and public records.

### Sharing information about your account with others

Generally, if we don't have your consent, we won't share information about your account. However, we may share information about your account in accordance with our separately provided Privacy Notice.

### Use of funds in customers' non-interest-bearing accounts

We may benefit from having the use of funds in customers' non-interest-bearing accounts. We may use these funds to reduce our borrowing from other sources, such as the Fed Funds market, or invest them in short-term investments, such as our Federal Reserve Account. Our use of funds as described in this paragraph has no effect or impact on your use of and access to funds in your account.

### Interest-bearing accounts

**Calculating the applicable interest rate:** When you open an interest-bearing account, we provide a rate sheet listing the current interest rate and Annual Percentage Yield (APY) for your account. Interest-bearing accounts earn interest at a variable rate, except CDs. The interest rate may be as low as 0.00%, and we may change the interest rate for variable-rate accounts at any time. The interest rate may vary depending on your daily balances (tiered-rate account). We may pay the same interest rate on more than one tier. The tiers and corresponding interest rates are disclosed in the rate sheet.

We calculate interest using the daily collected balance method, applying a daily periodic rate to the collected balance in your account each day. Interest is calculated using a 365-day year, unless otherwise noted for business accounts in the Business Schedule. Interest compounds daily. For interest-bearing checking and savings accounts, it will be credited monthly.

Cash deposits begin accruing interest the same business day the deposit is credited to your account. If you deposit an item such as a check, interest begins accruing on the business day we receive credit for the item.

**Annual Percentage Yield (APY) and Annual Percentage Yield Earned (APYE):** The Annual Percentage Yield (APY) is a percentage rate reflecting the total amount of interest paid on an account based on the interest rate and the frequency of compounding for a 365-day period. The Annual Percentage Yield Earned (APYE) is an annualized rate that reflects the relationship between the amount of interest actually earned on your account during the statement period and the average daily balance in the account for the statement period.

We calculate both your APY and APYE according to formulas established by federal regulations. The APYE appears on your account statement.

**The right to require notice of withdrawal from your savings account**: We may require seven days written notice before you withdraw money from your savings account.

## Tax identification number certification requirements

U.S. Treasury regulations require us to determine the tax residency of all customers and payees who could receive income that is reportable to the IRS. We accomplish this by obtaining a Form W-9 from all U.S. taxpayers and a type of Form W-8 from all foreign customers.

- We use Form W-9 to document U.S. tax residency and obtain a Taxpayer Identification Number ("TIN") from the primary owner of each account. Until we have received the Form W-9 and TIN, we 're required to apply backup withholding to any income earned.
- Foreign individuals (also referred to as nonresident aliens) and foreign entities document their tax residency outside the U.S. on the applicable type of Form W-8. That form also allows us to apply the correct withholding rate or exemption to your income earned in the U.S. If you don't provide a valid type of Form W-8, we're required to apply the 30% withholding rate, or in some cases, presume you're an uncertified U.S. taxpayer subject to backup withholding on all income and gross proceeds regardless of whether or not it's U.S. sourced.
- Accounts jointly owned by at least one foreign individual or entity must provide a Form W-8 or Form W-9, as applicable, for all of the joint owners.
- Foreign individuals provide a Form W-8BEN. Foreign entities that are the beneficial owner of the income provide a Form W-8BEN-E unless they can make a special withholding exemption claim and instead provide either a Form W-8EXP or Form W-8ECI.
- Entities that act as intermediaries or flow-through entities receiving income on behalf of someone else provide a Form W-8IMY. In some cases, that Form W-8IMY must also include a withholding statement that allocates the income to each of the beneficial owners and copies of the tax certification documentation for those underlying beneficial owners.

If you own your account as an individual or sole proprietor, upon your death, we must be provided with the estate's or successor's IRS Form W-9 or Form W-8. If these are not provided, we may either refuse to pay interest earned on your account from the date of your death or apply backup withholding on the income earned after the date of your death.

## Your tax responsibility

You're responsible for paying taxes on fees you incur (subject to applicable state and local sales taxes), which vary by location, and will be assessed as appropriate. You also agree to pay an amount equal to any other applicable taxes, including backup withholding tax.

## Applicable exchange rate

We're your arms-length counterparty on foreign exchange transactions. We set and use an exchange rate when we convert one currency to another, and it includes a markup over our cost of sourcing the relevant currency. The markup factors include without limitation: costs incurred, market risks, and our desired return. The exchange rate we provide to you may be different from exchange rates you see elsewhere, including online sources. Different customers may receive different rates for transactions that are the same or similar, and the applicable exchange rate may be different for foreign currency banknotes, drafts, checks, or wire transfers. Foreign exchange markets are dynamic and rates fluctuate over time based on market conditions, liquidity, and risks. We reserve the right to refuse to process any request for a foreign exchange transaction. The applicable exchange rate does not include, and is separate from, any fees listed in the Consumer Schedule or Business Schedule.

## Communications about your account

**Contacting you for servicing and collection:** We may contact you by phone, text, email, or mail to service your account or collect amounts you owe us. You will provide us accurate and current contact information. We can contact you at any address, phone number, or email address you provide.

When you give us a phone number, you expressly consent that we (and any party acting on our behalf) may contact you by phone call or text message at that number. When we call you, you agree that we may leave prerecorded or artificial voice messages. You also agree that we may use automatic telephone dialing systems in connection with calls or text messages sent to any phone number you give us, even if the receiving number is a mobile phone or other service for which the party called may be charged.

**Monitoring communications:** We can monitor, record, and retain your communications with us at any time without further notice to anyone, unless the laws governing your account require further notice. Monitored and recorded communications include phone conversations, electronic messages and records, and other data transmissions.

**Communicating with authorized signers:** We may provide you or an authorized signer with information about your account. When we receive information from an authorized signer, we treat it as a communication from you. You agree to notify us promptly in writing if an authorized signer no longer has authority on your account.

# Closing Accounts

## If you close your account

You can request to close your account at any time if the account is in good standing (for example, it does not have a negative balance, or restrictions such as holds on funds, legal order holds, or court blocks). At closing, we'll assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero. All outstanding items need to be processed and posted to your account and all deposits collected and posted to your account before it closes or items will be returned unpaid afterwards. You must cancel recurring payments or recurring withdrawals (for example, bill payments and debit card payments) from your account, otherwise they may be returned unpaid after the account closes. We won't be liable for any loss or damage that may result from not honoring items or recurring payments that are presented or received after your account is closed.

During the process of closing your account:

- Interest-bearing accounts will stop earning interest.
- Overdraft Protection will be removed.
- All cards and linked accounts will be delinked.
- This Agreement continues to apply.

**Closing a Portfolio by Wells Fargo linked account:** When you ask us to close the primary checking account linked to your Portfolio by Wells Fargo program, we may take up to three business days to process your request.

## When we can close your account

We may close your account at any time. If we close your account, we may send the remaining balance on deposit in your account by postal mail or credit it to another account you keep with us.

## Electronic banking privileges end when account is closed

All of your electronic banking privileges will be terminated if your account is closed, except that you can view account activity, download statements and tax documents, and perform limited maintenance functions for at least 90 days after closure. If you're enrolled in online banking, refer to the Online Access Agreement for specific terms governing online access to your account.

## Closing your account if the balance is zero

**Accounts with a zero balance will continue to be charged applicable fees** (like the monthly service fee) until you request to close your account. We may close an account (except analyzed business accounts) with a zero balance on the fee period ending date or at month end without prior notification to you. Once a zero balance account is closed (either by you or us), no fees will be assessed on the account.

- To prevent closure by us, an account with a zero balance must have a qualifying, non-automatic transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.
- Examples of qualifying transactions are deposits or withdrawals made at a banking location, ATM, or via telephone, mobile deposits, one-time transfers made at a banking location, ATM, online, mobile, or via telephone, one-time purchases or payments made using a card or mobile device, or checks paid from the account. IOLTA and RETA accounts are not eligible for ATM cards or debit cards.
- Automatic or electronic deposits, such as payroll, and automatic or electronic payments, including Bill Pay, recurring transfers, and any bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions that will prevent closure of an account with a zero balance.

## Dormant accounts

Generally, an account with a positive balance becomes dormant if you do not initiate an account-related activity (as determined by the laws governing your account) for a specified period of time.

**Checking accounts, savings accounts, and CDs:** To avoid dormancy, initiate an account-related activity like depositing or withdrawing funds at a banking location or ATM, or writing a check from the account. One-time and recurring automatic transactions such as pre-authorized transfers, payments and electronic deposits (including direct deposits), do not prevent the account from becoming dormant, unless otherwise specified by state law.

| **Generally, dormancy for:**<br>Checking account | Savings account | CD |
|---|---|---|
| 12 months | 34 months | 34 months after first renewal |

**Individual Retirement Accounts (IRAs) and Education Savings Accounts (ESAs):** Generally, your IRA and ESA (Savings or CD) will become dormant if you don't initiate an account-related activity as follows:

- Traditional IRA becomes dormant if you don't initiate an account-related activity for 34 months or more after you reach the age of 70 ½ (if you reached that age prior to January 1, 2020) or 72 (if you did not reach age 70 ½ prior to January 1, 2020)
- Roth IRA won't become dormant unless we receive notification of your death, unless otherwise specified by state law
- ESA becomes dormant after the beneficial owner reaches age 30, unless otherwise specified by state law.

**Safeguards for dormant accounts:** We put safeguards in place to protect a dormant account, which may include restricting the following transactions:

- Transfers between your Wells Fargo accounts using your ATM/debit card
- Transfers by phone using our automated banking service
- Transfers or payments through online, mobile, and text banking (including Bill Pay)
- Wire transfers (incoming and outgoing)
- Contributions or transfers to IRA or ESA savings through online and mobile banking.

Normal monthly service and other fees continue to apply (except where prohibited by law).

## When and how dormant accounts close

If you do not initiate an account-related activity within the time period specified by applicable state unclaimed property laws (generally, three or five years) and you fail to respond to any Wells Fargo outreach (when it's required by law) to confirm your awareness of and interest in the account funds, Wells Fargo may be required by law to transfer your account funds to the appropriate state. This transfer is known as escheat. If your account becomes escheatable, your account will be closed and account statements will no longer be available. To recover your account funds, you must file a claim with the state.

**Portfolio accounts only:** If the dormant account is a Wells Fargo Portfolio Checking account, about two months before the account escheats, we'll close the Portfolio by Wells Fargo program. At the time of closure, we'll delink all accounts, and any benefits such as fee waivers, relationship rates, and discounted services associated with it will be discontinued. The primary checking account in your Portfolio by Wells Fargo program is the first account listed in your monthly statement. To reinstate your Portfolio by Wells Fargo program benefits, before the primary checking account escheats and is closed, it must be in an active status and you must contact us to reestablish the program. If other linked accounts become dormant, those accounts will be delinked from any associated program and fees may apply.

# Consumer Accounts Only: Resolving Disputes Through Arbitration

## Arbitration Agreement between you and Wells Fargo

If you have a dispute with us, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker or another Wells Fargo employee is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A dispute is any unresolved disagreement between Wells Fargo and you. A dispute may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

**Wells Fargo and you each agree to waive the right to a jury trial or a trial in front of a judge in a public court.** This Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court.

Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand must pay all of the other party's costs and expenses for compelling arbitration.

**Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general.** If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

## Applicable rules

Wells Fargo and you each agree that:

- The American Arbitration Association (AAA) will administer each arbitration and the selection of arbitrators according to the AAA's Consumer Arbitration Rules (AAA Rules).
- If there are any differences between the AAA Rules and this Arbitration Agreement, this Arbitration Agreement applies. If this Arbitration Agreement is in dispute, the arbitrator will decide whether it is enforceable.
- Wells Fargo and you are participating in commercial transactions involving the movement of money or goods among states.
- The Federal Arbitration Act (Title 9 of the United States Code) governs this Arbitration Agreement and any arbitration between Wells Fargo and you. If the Act or any part of it is inapplicable, unenforceable or invalid, the state laws governing your relationship with Wells Fargo govern this Arbitration Agreement.

Either Wells Fargo or you may submit a dispute to binding arbitration at any time, regardless of whether a lawsuit or other proceeding has previously begun. For information on initiating arbitration, contact the AAA at 1-800-778-7879.

Each arbitrator must be a licensed attorney with expertise in the laws applicable to the dispute's subject matter. The arbitrator will make a decision regarding the dispute based on applicable law, including any statutes of limitations. The arbitrator may award to either Wells Fargo or you any award or relief provided for by law.

No person participating in an arbitration can disclose the arbitration's existence, content, subject, or results, except as required in a party's ordinary course of business or by law.

## Fees and expenses

- **Setting the fees/expenses:** The arbitration administrator determines the rules and procedures for deciding who pays the arbitration fees, unless limited by applicable law. Please check with the arbitration administrator to determine the fees applicable to any arbitration you file.
- **Applying state law:** The laws governing your account may limit the amount of fees and expenses you are required to pay in arbitration. Your arbitration fees and expenses will not exceed any applicable limits.
- **Paying for attorney/expert/witness fees:** Unless applicable laws state otherwise, each party will pay its own attorney, expert, and witness fees. This rule applies no matter which party wins arbitration.

**Additional dispute resolution**

Wells Fargo or you each can exercise any lawful rights or use other available remedies to:

- Preserve or obtain possession of property,
- Exercise self-help remedies, including setoff rights, or
- Obtain provisional or ancillary remedies such as injunctive relief, attachment, garnishment, or appointment of a receiver by a court of competent jurisdiction.

**Arbitration location**

An arbitration will be held in the state whose laws govern your account.

# Business Accounts Only: Resolving Disputes Through Arbitration

**Arbitration Agreement between you and Wells Fargo**

If you have a dispute with us, we hope to resolve it as quickly and easily as possible. First, discuss your dispute with a banker. If your banker or another Wells Fargo employee is unable to resolve your dispute, you agree that either Wells Fargo or you can initiate arbitration as described in this section.

**Definition:** Arbitration means an impartial third party will hear the dispute between Wells Fargo and you and provide a decision. Binding arbitration means the decision of the arbitrator is final and enforceable. A "dispute" is any unresolved disagreement between Wells Fargo and you. A "dispute" may also include a disagreement about this Arbitration Agreement's meaning, application, or enforcement.

Except as stated in "No waiver of self-help or provisional remedies" below, Wells Fargo and you agree, at Wells Fargo's or your request, to submit to binding arbitration all claims, disputes, and controversies between or among Wells Fargo and you (and their respective employees, officers, directors, attorneys, and other agents), whether in tort, contract or otherwise arising out of or relating in any way to your account(s) and/or service(s), and their negotiation, execution, administration, modification, substitution, formation, inducement, enforcement, default, or termination (each, a "dispute"). **DISPUTES SUBMITTED TO ARBITRATION ARE NOT RESOLVED IN COURT BY A JUDGE OR JURY. TO THE EXTENT ALLOWED BY APPLICABLE LAW, WELLS FARGO AND YOU EACH IRREVOCABLY AND VOLUNTARILY WAIVE THE RIGHT EACH MAY HAVE TO A TRIAL BY JURY FOR ANY DISPUTE ARBITRATED UNDER THIS AGREEMENT.**

Aside from self-help remedies, this Arbitration Agreement has only one exception: Either Wells Fargo or you may still take any dispute to small claims court. Arbitration is beneficial because it provides a legally binding decision in a more streamlined, cost-effective manner than a typical court case. But, the benefit of arbitration is diminished if either Wells Fargo or you refuse to submit to arbitration following a lawful demand. Thus, the party that does not agree to submit to arbitration after a lawful demand by the other party must pay all of the other party's costs and expenses for compelling arbitration.

**Class action or representative suit not permitted**

Wells Fargo and you agree that the resolution of any dispute arising pursuant to the terms of this Agreement will be resolved by a separate arbitration proceeding and will not be consolidated with other disputes or treated as a class. Neither Wells Fargo nor you will be entitled to join or consolidate disputes by or against others as a representative or member of a class, to act in any arbitration in the interests of the general public, or to act as a private attorney general. If any provision related to a class action, class arbitration, private attorney general action, other representative action, joinder, or consolidation is found to be illegal or unenforceable, the entire Arbitration Agreement will be unenforceable.

**Applicable rules**

Wells Fargo and you each agree that the arbitration will:

- Proceed in a location mutually agreeable to Wells Fargo and you, or if the parties cannot agree, in a location selected by the American Arbitration Association (AAA) in the state whose laws govern your account
- Be governed by the Federal Arbitration Act (Title 9 of the United States Code), notwithstanding any conflicting choice of law provision in any of the documents between Wells Fargo and you
- Be conducted by the AAA, or such other administrator as Wells Fargo and you will mutually agree upon, in accordance with the AAA's commercial dispute resolution procedures, unless the claim or counterclaim is at least $1,000,000 exclusive of claimed interest, arbitration fees and costs in which case the arbitration will be conducted in accordance with the AAA's optional procedures for large, complex commercial disputes (the commercial dispute resolution procedures or the optional procedures for large, complex commercial disputes to be referred to, as applicable, as the "rules").

If there is any inconsistency between the terms hereof and any such rules, the terms and procedures set forth herein will control. Any party who fails or refuses to submit to arbitration following a lawful demand by any other party will bear all costs and expenses incurred by such other party in compelling arbitration of any dispute. Nothing contained herein will be deemed to be a waiver by Wells Fargo of the protections afforded to it under 12 U.S.C. Section 91 or any similar applicable state law.

## No waiver of self-help or provisional remedies

This arbitration requirement does not limit the right of Wells Fargo or you to:

1. Exercise self-help remedies, including setoff or
2. Obtain provisional or ancillary remedies such as injunctive relief or attachment, before, during, or after the pendency of any arbitration proceeding. This exclusion does not constitute a waiver of the right or obligation of either party to submit any dispute to arbitration or reference hereunder, including those arising from the exercise of the actions detailed in (1) and (2) above.

## Arbitrator's qualifications and power

Any dispute in which the amount in controversy is $5,000,000 or less will be decided by a single arbitrator selected according to the rules, and who will not render an award of greater than $5,000,000. Any dispute in which the amount in controversy exceeds $5,000,000 will be decided by majority vote of a panel of three arbitrators; provided however, that all three arbitrators must actively participate in all hearings and deliberations. Each arbitrator will be a neutral attorney licensed in the state whose laws govern your account, or a neutral, retired judge in such state, in either case with a minimum of ten years' experience in the substantive law applicable to the subject matter of the dispute to be arbitrated. The arbitrator(s) will determine whether or not an issue is arbitratable and will give effect to the statutes of limitation in determining any claim.

In any arbitration proceeding the arbitrator(s) will decide (by documents only or with a hearing at the discretion of the arbitrator(s)) any pre-hearing motions which are similar to motions to dismiss for failure to state a claim or motions for summary adjudication. The arbitrator(s) will resolve all disputes in accordance with the substantive law of the state whose laws govern your account and may grant any remedy or relief that a court of such state could order or grant within the scope hereof and such ancillary relief as is necessary to make effective any award. The arbitrator(s) will also have the power to award recovery of all costs and fees, to impose sanctions, and to take such other action as deemed necessary to the same extent a judge could pursuant to the federal rules of civil procedure, the state rules of civil procedure for the state whose laws govern your account, or other applicable law. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. The institution and maintenance of an action for judicial relief or pursuit of a provisional or ancillary remedy will not constitute a waiver of the right of any party, including the plaintiff, to submit the controversy or claim to arbitration if any other party contests such action for judicial relief.

## Discovery

In any arbitration proceeding, discovery will be permitted in accordance with the rules. All discovery will be expressly limited to matters directly relevant to the dispute being arbitrated and must be completed no later than 20 days before the hearing date. Any requests for an extension of the discovery periods, or any discovery disputes, will be subject to final determination by the arbitrator upon a showing that the request for discovery is essential for the party's presentation and that no alternative means for obtaining information is available.

## Fees and expenses

The arbitrator will award all costs and expenses of the arbitration proceeding.

## Additional rules for an arbitration proceeding

To the maximum extent practicable, the AAA, the arbitrator(s), Wells Fargo and you will take all action required to conclude any arbitration proceeding within 180 days of the filing of the dispute with the AAA. The arbitrator(s), Wells Fargo or you may not disclose the existence, content, or results thereof, except for disclosures of information by Wells Fargo or you required in the ordinary course of business, by applicable law or regulation, or to the extent necessary to exercise any judicial review rights set forth herein. If more than one agreement for arbitration by or between Wells Fargo and you potentially applies to a dispute, the arbitration agreement most directly related to your account or the subject matter of the dispute will control. This arbitration agreement will survive the closing of your account or termination of any service or the relationship between Wells Fargo and you.

## The right to pursue claims in small claims court

Notwithstanding anything to the contrary, Wells Fargo and you each retains the right to pursue in small claims court a dispute within that court's jurisdiction. Further, this arbitration agreement will apply only to disputes in which either party seeks to recover an amount of money (excluding attorneys' fees and costs) that exceeds the jurisdictional limit of the small claims court.

# Additional Terms and Services

**Laws governing your account**

This Agreement, your accounts, services and any related disputes are governed by United States law and (when not superseded by United States law) the laws of the state where you opened your account (without regard to conflict of laws principles).

For consumer and business accounts (except analyzed business accounts), your account statement identifies which state's laws govern your account. If a different state law applies, we'll notify you.

Any funds transfer (including a wire transfer) that is a remittance transfer as defined in Regulation E, Subpart B, will be governed by the laws of the United States and, to the extent applicable, the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, without regard to its conflict of laws principles.

**Controlling language**

English is the controlling language of our relationship with you, including the terms of this Agreement. Items you write such as checks or withdrawal slips must be written in English. For your convenience, we may, but are not obligated to (unless required by law), translate some forms, disclosures, and advertisements into another language, but if there's a discrepancy, the English version prevails over the translation.

**Order of precedence between agreements**

If a service we offer has a separate agreement, and there's a conflict between the terms of this Agreement and the separate agreement, the conflicting terms of the separate agreement will apply.

**Legal process**

Legal process includes any levy, garnishment or attachment, tax levy or withholding order, injunction, restraining order, subpoena, search warrant, government agency request for information, forfeiture or seizure, and other legal process relating to your account.

We'll accept and act on any legal process we believe to be valid, whether the process is served in person, by mail, by electronic notification, or at any banking location. If we incur any fees or expenses (including attorney's fees and expenses) due to responding to legal process related to your account, we may charge these costs to any account you keep with us.

**Legal dispute location**

Any lawsuit, claim, or other proceeding arising from or relating to your account or this Agreement, will take place exclusively in the state or federal courts in the state whose laws govern your account, without regard to conflict of laws principles. This includes enforcement of the Arbitration Agreement and entry of judgment on any arbitration award.

**Changes to this Agreement**

We may change the terms of this Agreement, including account fees and features, at any time. If we're required to notify you of a change to this Agreement, we'll describe the change and its effective date in a message within your account statement or by any other appropriate means. We may agree in writing to waive a term of this Agreement, including a fee, and we may revoke any waiver.

**Modification of invalid terms**

Any term of this Agreement that is inconsistent with the laws governing your account will be excluded to the extent of such invalidity. The invalid term will be considered modified by us and applied in a manner consistent with such laws. Such modification won't affect the enforceability or validity of the remaining terms of this Agreement.

**Timing of notices**

Any notice you send us is effective once we receive it and have a reasonable opportunity to act on it.

## Responsibilities and liabilities between Wells Fargo and you

We're responsible for exercising ordinary care and complying with this Agreement.

When we take an item for processing by automated means, ordinary care does not require us to examine the item. In all other cases, ordinary care requires only that we follow standards that don't vary unreasonably from the general standards followed by similarly situated banks.

Except to the extent we fail to exercise ordinary care or to comply with this Agreement, you agree to indemnify and hold us harmless from all claims, demands, losses, liabilities, judgments, and expenses (including attorney's fees and expenses) arising out of or in any way connected with our performance under this Agreement. This indemnification will survive termination of this Agreement.

We won't be liable for anything we do when following your instructions. In addition, we won't be liable if we don't follow your instructions if we reasonably believe that your instructions would expose us to potential loss or civil or criminal liability, or conflict with customary banking practices. In no event will either Wells Fargo or you be liable to the other for any special, consequential, indirect, or punitive damages. The limitation doesn't apply where the laws governing your account prohibit it. We won't have any liability to you if your account does not have sufficient available funds to pay your items due to actions we have taken in accordance with this Agreement.

Circumstances beyond your control or ours may arise and make it impossible for us to provide services to you or for you to perform your duties under this Agreement. If this happens, neither Wells Fargo nor you will be in breach of this Agreement. If we waive a right with respect to your account on one or more occasions, it does not mean we're obligated to waive the same right on any other occasion.

## Your obligation to pay our fees

We're permitted to either directly debit your account or bill you for our fees, expenses and taxes incurred in connection with your account and any service.  If the available funds in your account are not sufficient to cover the debit, we may create an overdraft on your account.

## Setoff and security interest

**Our setoff rights:** If you owe us any money, we have the right to apply funds in any of your accounts to pay your debt. This is known as setoff. When we exercise this right, we reduce the funds in your account(s) by the amount of the debt that is due or past due as allowed by the laws governing your account. We're not required to give you any prior notice to exercise our right of setoff.

A debt includes any amount you owe individually or together with someone else both now or in the future. It includes any overdrafts and our fees. If your account is a joint account, we may setoff funds in it to pay the debt of any joint owner.

If your account is an unmatured CD, then we may deduct an early withdrawal penalty. This may be due as a result of our having exercised our right of setoff. See "Early withdrawal penalty and Regulation D penalty" in the "Time Accounts (CDs)" section of this Agreement.

**Consumer accounts only:** Our right to setoff extends to any federal or state benefit payments (including Social Security benefits) deposited to your account, subject to applicable law. If we're obligated to return any federal or state benefits deposited to your accounts after you're no longer eligible to receive them, we may setoff against any of your accounts to recover the payments you were ineligible to receive. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us.

**Security interest:** To ensure you pay us all amounts you owe us under this Agreement (e.g., overdrafts and fees), you grant us a lien on and security interest in each account you keep with us. By opening and keeping each account with us, you consent to our asserting our security interest should the laws governing this Agreement require your consent. Our rights under this security interest are in addition to and apart from any other rights under any other security interest you may have granted to us.

You may not grant a security interest in, transfer, or assign your accounts to anyone other than us without our written agreement.

# Glossary

**ACH:** the Automated Clearing House Network.

**ACH debit entry:** an electronic instruction requesting the withdrawal of funds from your account through ACH.

**ACH transaction:** a deposit or payment transferred to or from your account through an ACH.

**Analyzed business account:** a checking account for which fees are billed through account analysis. Some analyzed accounts offer an earnings allowance to offset eligible fees. Examples of analyzed business accounts include the following: Optimize Business Checking℠, Analyzed Business Checking, and Analyzed Interest on Lawyers Trust Account (IOLTA).

**Authorized signer:** a person who has actual or apparent authority to use your account even if they have not signed the account application.

**Available balance:** our most current record of the amount of money available for your use or withdrawal. For more information, see the "Available Balance, Posting Transactions, and Overdraft" section in this Agreement.

**Business account:** any deposit account, other than one of Wells Fargo's commercial deposit accounts, which isn't established and kept for personal, family, or household purposes. Common examples of ownership include an individual acting as a sole proprietor, a partnership, a limited partnership, a limited liability partnership, a limited liability company, a corporation, a joint venture, a nonprofit corporation, an employee benefit plan, or a governmental unit including an Indian tribal entity.

**Business day:** every day except Saturday, Sunday, and federal holidays.

**Card:** every type of debit card and ATM card we may issue, except any prepaid cards or the business deposit card.

**Collected balance:** the ending daily balance in your account after all credits and debits have posted, minus deposited items that have not yet been collected from the originating financial institution. The collected balance is the balance on which interest is calculated for all interest-bearing checking accounts and for all savings accounts.

**Consumer account:** any deposit account which is established and kept for personal, family, or household purposes and isn't intended for business use. A consumer account can be owned by one or more individuals.

**Direct deposit:** an automatic electronic deposit of your salary, pension, Social Security, or other regular income deposited through the ACH network to your Wells Fargo deposit account by your employer or an outside agency.

**Fee period:** see the "Overview and Key Terms" section of the Consumer Schedule or Business Schedule, as applicable.

**Item:** any order, instruction, or authorization to withdraw or pay funds or money from or to an account. Examples include a check, draft, ACH, wire transfer, Bill Pay, ATM withdrawal, teller withdrawal, debit card purchase, and fee.

**Overdraft:** an available balance of less than $0.00 in your account.

**Returned item / Non-sufficient funds (NSF):** a term used to indicate when an item presented for payment is returned unpaid because the available balance in your deposit account is less than the amount of the item when presented.

**Statement period:** The dates of your statement period are located on your account statement, which provides you a record of all transactions posted during that period. Statement periods can be of varying length, including monthly, quarterly, semi-annual, or annual.

This Deposit Account Agreement governs deposit accounts maintained at Wells Fargo Bank, N.A.

© 2021 Wells Fargo Bank, N.A. All rights reserved.
Member FDIC.

CCB2018 (05/28/21)

WELLS FARGO

# Business Account Addenda

**Business Account Fee and Information Schedule Addenda**

– Service fees, Effective May 28, 2021

**Deposit Account Agreement Addenda**

– Debit Cards and ATM Cards – New campus ATM daily card limits, Effective June 1, 2021
– Debit Card – Time Zone Updates, Effective May 28, 2021
– Funds Availability for Analyzed Business Accounts, Effective May 28, 2021
– Funds Transfer Services – Notice of Funds Transfers, Effective May 28, 2021
– Electronic Fund Transfer Disclosures – ExpressSend Updates, Effective May 28, 2021

# Business Account Fee And Information Schedule Addenda

This Addendum changes the Business Account Fee and Information Schedule ("Business Schedule"). All terms defined in the Business Schedule will have the same meaning when used in this Addendum. If there is a conflict between this Addendum and the Business Schedule, this Addendum will control. Except as expressly amended by this Addendum, the Business Schedule remains in full force and effect.

## Service fees, Effective May 28, 2021

**In the section of the Business Schedule titled "Service Fees," the following are added:**

**Returned item special instructions** – Monthly base ........ $15 per account
**Re-deposited item** ........ $8 per item

# Deposit Account Agreement Addenda

These Addenda change the Deposit Account Agreement ("Agreement"). All terms defined in the Agreement will have the same meaning when used in these Addenda. If there is a conflict between these Addenda and the Agreement, these Addenda will control. Except as expressly amended by these Addenda, the Agreement remains in full force and effect.

## Debit Cards and ATM Cards – New campus ATM daily card limits, Effective June 1, 2021

**In the section of the Agreement titled "Debit Cards and ATM Cards," under subsection "Additional information for Wells Fargo Campus Card Program customers," the "New campus ATM card daily limits" chart is deleted and replaced with the following:**

| New campus ATM card daily limits | |
|---|---|
| ATM Withdrawals | $1,010 |
| Purchases | $500 |

To view the Campus Debit and ATM Card Terms and Conditions, visit wellsfargo.com/debitcardterms (English) or wellsfargo.com/spanishdebitcardterms (Spanish).

## Debit Card – Time Zone Updates, Effective May 28, 2021

**In the section of the Agreement titled "Debit Cards and ATM Cards," under section "Actions via electronic credit transfers," the "MasterCard** MoneySend (all types)**" chart is deleted and replaced with the following:**

| | **Calendar Day** (12AM - 12AM UTC) | **Calendar Week** (Starting 12AM UTC each Monday) | **Calendar Month** (Starting 12AM UTC the first day of each month) |
|---|---|---|---|
| **MasterCard** MoneySend (all types) | 25 transactions or $10,000 | 100 transactions or $10,000 | 200 transactions or $10,000 |

## Funds Availability for Analyzed Business Accounts, Effective May 28, 2021

**In the section of the Agreement titled "Availability of Funds Policy," under subsection titled "Your ability to withdrawal funds," the following is added:**

**Analyzed business accounts only:** The first $400 of a business day's check deposits to an analyzed account are not available to you on the day we receive the deposits. Check deposits to an analyzed account are available on the first business day after we receive your deposits.

## Funds Transfer Services – Notice of Funds Transfers, Effective May 28, 2021

**In the section of the Agreement titled "Funds Transfer Services," subsection "Notice of funds transfers" is deleted and replaced with the following:**

**Notice of funds transfers**

We will notify you of funds electronically debited from or credited to your account through the account statement for your account covering the period in which the transaction occurred. We are under no obligation to provide you with any additional notice of receipt.

## Electronic Fund Transfer Disclosures – ExpressSend Updates, Effective May 28, 2021

**In the section of the Agreement titled "Electronic Fund Transfer Disclosures," section "**Note: These provisions don't apply to wire transfers. Refer to the "Funds Transfer Services"**" section of this Agreement." is deleted and replaced with the following:**

**Note:** These provisions do not apply to remittance transfers (e.g., ExpressSend® and consumer-initiated international wire transfers). Remittance transfers you send through us are governed by a separate agreement you enter into when you sign up for the service or send the remittance transfer. Refer to the "Funds Transfer Services" section of this Agreement.

These addenda govern business deposit accounts maintained at Wells Fargo Bank, N.A.

© 2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC..
BBG5227 (5/28/21)

WELLS FARGO

Effective May 28, 2021

# Business Account Fees and Information

BUSINESS ACCOUNT FEE AND INFORMATION SCHEDULE

# Table of Contents

**Introduction** ........ **3**

**Overview & Key Terms** ........ **4**

**Initiate Business Checking℠** ........ **6**

**Navigate Business Checking℠** ........ **6**

**Additional Navigate Business Checking℠** ........ **6**

**Optimize Business Checking℠** ........ **8**

**Analyzed Business Checking** ........ **8**

**Specialized Accounts** ........ **10**

Federal Agency Checking ........ 10

State/Local Government Checking ........ 10

U.S. Government Checking ........ 10

IOLTA, Analyzed IOLTA, and RETA ........ 10

**Business Savings Accounts & Business Time Accounts** ........ **11**

Business Market Rate Savings ........ 11

Business Platinum Savings ........ 11

Time Accounts (CDs) ........ 11

**Overdraft Services** ........ **12**

**Service Fees** ........ **13**

# Introduction

This Business Account Fees and Information document, the “Business Schedule,” along with the following documents, collectively is your contract with Wells Fargo and constitutes the “Agreement” that governs your account with Wells Fargo:

- The Deposit Account Agreement,
- Our interest rate sheet for interest-bearing accounts,
- Our privacy notice, and
- Any additional disclosures, amendments, or addenda we provide to you.

In these documents, when we say, “Wells Fargo,” “Bank,” “we,” “us,” and “our,” we are talking about Wells Fargo Bank, N.A. “You” and “your” means the account owner and any other person authorized to operate an account. Be sure to review the Deposit Account Agreement, including the “Glossary” section, for important defined terms used in this Schedule.

We regularly update this Business Schedule, which is applicable to new and existing business deposit accounts. You can get a copy of the current Business Schedule at wellsfargo.com, by requesting it from a banker, or by phone.

# Overview & Key Terms

This document helps you understand your account features and requirements, the fees that may apply, and how to minimize or avoid fees where possible. If you don't find your account type listed, check with a Wells Fargo banker for information about your account, including fees and other important information.

## What we mean by fee period and why it matters

This section applies to the following products: Initiate Business Checking℠, Navigate Business Checking℠, Additional Navigate Business Checking℠, Federal Agency Checking, State/Local Government Checking, U.S. Government Checking, Business Market Rate Savings, and Business Platinum Savings.

How we track and report your account activity, including what's provided in your periodic statements, doesn't always match a calendar month. Instead, we use a fee period to determine the monthly service fee and other monthly fees. A fee period can have 25 to 35 days. We calculate and post your monthly service fee, if any, on the last business day of your fee period. If your account allows you to avoid a monthly service fee, knowing your fee period end date will help you keep track of when you need to meet one of the requirements so that you might be able to avoid the fee.

**You'll find the dates of your fee period in the *Monthly service fee summary*** on your periodic statement. The fee period end date is the last day posted transactions and account changes apply to that fee period. If your fee period ends on the last calendar day of the month, only transactions posted through the last business day of the month will count towards the fee period. Pending transactions displayed in online banking are not posted transactions. See "Determining the day your deposit is received by the Bank" in the "Availability of Funds Policy" section in the Deposit Account Agreement for more details on transaction posting. Unless otherwise specified, maintenance or service requests for your account (for instance, setting up an automatic transfer or linking accounts) made after the cutoff time or on a non-business day will be processed and made effective on the next business day.

**Combined balances determined one day before last business day each period:** Navigate Business Checking has a combined balance option to avoid the monthly service fee. The combined balance is determined one business day prior to the last business day of your fee period.

**Initial monthly service fee waiver:** We'll waive the monthly service fee for each fee period ending within the first 64 days of opening.

**Other fees subject to the fee period:** In addition to the monthly service fee, we also use the fee period to count the number of posted transactions we allow before charging a fee. For example, if your account allows a certain number of no-charge ATM transactions each fee period, we'll only charge for ATM transactions after that number has been met within the fee period. Other fees subject to the fee period include the transactions fee, deposited items fee, cash deposit processing fee, coin order fee, currency order fee, and check image option fee.

**Your fee period can change:** We may, at our discretion, change your fee period without prior notification. For example, when accounts are brought together into a combined statement, we change the fee period to match the fee period of the first account listed on the statement. When accounts are delinked from a combined statement, we may change the fee period for the delinked accounts.

## Interest-bearing accounts

For interest-bearing accounts, you may earn interest based on the account's daily collected balance. The interest rate may be as low as 0.00%, and variable interest rates may be changed by the Bank at any time. Interest is compounded daily and paid monthly using a 365-day year. For more payment options for CDs, see "Interest on your CD" in the "Time Accounts (CDs)" section in the Deposit Account Agreement. For State, Local, or Indian Tribal government entity Public Funds Time Accounts (CDs) in California and Utah, interest is compounded daily from the date of deposit to the maturity date using a 360-day year.

Refer to the current business deposit interest rate sheet to find interest rates in your banking location.

## Analyzed accounts

An analyzed account is a checking account for which fees are billed through account analysis. Some analyzed accounts offer an earnings allowance to offset eligible fees. Analyzed accounts include the following: Optimize Business Checking℠, Analyzed Business Checking, and Analyzed Interest on Lawyers Trust Account (IOLTA).

The following terms apply to analyzed accounts:

**Billing relationship:** An account in the billing relationship is identified as the billing account and will be debited or invoiced for fees. All accounts in the billing relationship will appear together on the client analysis statement.

**Statements:** Analyzed accounts receive two statements per month:

- A statement detailing your account activity within a time period that is listed on your statement.
- A client analysis statement will provide a breakdown of services during a calendar month.

**Statement period:** The dates of your statement period are located on your account statement, which provides you a record of all transactions posted during that period. For analyzed accounts, the statement period from your client analysis statement is used for billing purposes and is based on the calendar month. Only transactions that posted through the last business day of the month will count towards that statement period. If your account allows for a certain number of no-charge transactions each statement period, we'll only charge for those transactions after the number has been met within the statement period.

**Initial monthly maintenance fee waiver:** We'll waive the first monthly maintenance fee, for the first statement period, following the opening of an analyzed account.

# Initiate Business Checking & Navigate Business Checking

| | Initiate Business Checking | Navigate Business Checking | Additional Navigate Business Checking |
|---|---|---|---|
| **Monthly service fee** | $10 | $25 | $25 |
| **How to avoid monthly service fee each fee period** (only one option required per account) | • $500 minimum daily balance<br>• $1,000 average ledger balance | • $10,000 minimum daily balance<br>• $15,000 average combined business deposit balances | Linked to Navigate Business Checking |
| **Minimum opening deposit** | $25 | $25 | $25 |
| **Transactions fee** (per fee period) | First 100 transactions: $0<br>Over 100 transactions: $0.50 each | First 250 transactions: $0<br>Over 250 transactions: $0.50 each | First 150 transactions: $0<br>Over 150 transactions: $0.50 each |
| | Transactions means all checks deposited, and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments | | |
| **Cash deposit processing fee** (per fee period) | First $5,000: $0<br>Over $5,000: $0.30 per $100 | First $20,000: $0<br>Over $20,000: $0.30 per $100 | First $5,000: $0<br>Over $5,000: $0.30 per $100 |
| **Interest-bearing** | No | Yes; interest rates are variable | No |
| **Optional Overdraft Protection** | Yes | Yes | Yes |
| **Debit Card Overdraft Service** | Automatically enrolled | Automatically enrolled | Automatically enrolled |

## Navigate Business Checking benefits

**Navigate Business Checking offers the following services at no fee:**

- Stop payments
- Cashier's checks
- Money orders
- Incoming domestic and international U.S./foreign currency wire transfers
- First two outgoing domestic wire transfers per fee period
- Overdraft Protection Transfer Fee from eligible business savings account
- Up to two domestic (U.S.) non-Wells Fargo ATM transactions per fee period. An ATM access fee will be charged for each additional non-Wells Fargo ATM cash withdrawal transaction. Surcharges imposed by non-Wells Fargo ATM owners or operators will apply.

**Additional Navigate Business Checking accounts also receive these benefits at no charge.**

If you switch to a Navigate Business Checking or Additional Navigate Business Checking account from another type of business account, fee waivers for allowable wire and ATM transactions will be included after the current fee period ends.

You can also avoid the monthly service fee on Additional Navigate Business Checking accounts or on Business Platinum Savings accounts when linked to a Navigate Business Checking Account.

## Navigate Business Checking combined business deposit balances

The combined balance is determined one business day prior to the last business day of your fee period. Combined business deposit balances include the average ledger balance in your Navigate Business Checking account plus other qualified linked accounts:

- Your business checking accounts: Initiate Business Checking, Additional Navigate Business Checking, Business Choice Checking, and Business Checking Plus
- Your business savings accounts: Business Market Rate Savings, Business Platinum Savings, and Business High Yield Savings
- Your business time accounts (CDs): Business Time Account (CD) and Business Step Rate Time Account (CD)

Your Navigate Business Checking account cannot be linked to another Navigate Business Checking account for combined balances. Other accounts linked to your Navigate Business Checking account for combined balances, such as a Business Market Rate Savings account, cannot simultaneously be linked to another Navigate Business Checking account to avoid the monthly service fee with combined balances.

# Optimize Business Checking & Analyzed Business Checking

| | Optimize Business Checking | Analyzed Business Checking |
|---|---|---|
| **Monthly maintenance fee** | $75 (Up to 5 linked accounts included in $75 fee)<br>Accounts in excess of 5 are $30 each | $25 |
| **Minimum opening deposit** | $25 | $25 |
| **Transactions fee** (per statement period) | First 250 transactions: $0<br>Over 250 transactions: $0.50 each | $0.20 per transaction |
| | Transactions are withdrawals or debits posted to your account and checks deposited electronically within a billing relationship. Non-electronic deposits incur a separate fee. Non-electronic deposits are processed by a teller or mailed to the Bank.<br>Wells Fargo Business Debit or ATM card purchases and payments are not assessed a transaction fee by Wells Fargo. Additionally, these transactions won't be counted as part of the transaction limit on Optimize Business Checking. | |
| **Cash deposit processing fee** (per statement period) | $0.0025 per $1 deposited | $0.0025 per $1 deposited |
| **Non-electronic deposit fee** | $1.50 per deposit plus $0.20 per check deposited | $1.50 per deposit plus $0.20 per check deposited |
| **Earnings allowance** | Yes | Yes |
| **Interest-bearing** | No | No |
| **Optional Overdraft Protection** | Yes | Yes |
| **Debit Card Overdraft Service** | Automatically enrolled | Automatically enrolled |
| **Switching accounts during a statement period** | If you switch to an Optimize Business Account from another type of business account, fee waivers for allowable wire and ATM transactions will be included after the statement period ends. | |

## Earnings allowance for Optimize Business Checking and Analyzed Business Checking

If you have Optimized Business Checking or Analyzed Business Checking, your account is eligible for an earnings allowance to offset eligible fees and expenses, including certain service fees. To calculate your earnings allowance, we apply the earnings credit rate to the investable balance available for services in your account. The earnings credit rate is a variable rate that the Bank can change at any time. The rate appears on your client analysis statement.

If your earnings allowance is greater than the total eligible fees for a given statement period, we won't credit that amount to your account or carry it forward to the following statement period. In any statement period where your fees exceed your earnings allowance, we'll debit your account or invoice you for the difference.

## Optimize Business Checking benefits

Additional benefits are within a billing relationship.

In order to access treasury services you must choose to enroll. Additional fees may apply. Contact your banker for a complete description of services, fees, and enrollment instructions.

If you choose to enroll in select treasury management services with Commercial Electronic Office® (CEO®), you'll receive the following:

**Monthly base fee waived:**
- CEO Desktop Deposit
- CEO Basic Banking
- CEO ACH Payments (Prepaid credit)
- ACH Fraud Filter
- Zero Balance Account (within a single legal entity)

**No monthly base fee:**
- CEO Wires
- CEO Administration service
- Alerts service (email and text)
- Transaction Search
- Statements & Notices service
- Treasury Information Reporting (Express Balance and ACH Return/NOC (notifications of change) report

**Also, at no charge:**
- Up to five outgoing CEO Wires per statement period and $15 for each additional. CEO Wires outgoing types included:
  - Wire out domestic. Outgoing U.S. dollar (USD) wire debiting a Wells Fargo account, initiated in CEO Wires (freeform or templated).
  - Wire out cross border U.S. dollar (USD). Outgoing cross border USD wire debiting a Wells Fargo account, initiated in CEO Wires (freeform or templated).
  - Wire out cross border foreign exchange. Outgoing cross border foreign currency wire (freeform or templated) initiated via CEO Wires settling to a Wells Fargo account.
- Incoming domestic and international U.S./foreign currency wire transfers
- Stop payments
- Cashier's checks
- Money orders
- Two domestic (U.S./U.S. Territories) non-Wells Fargo ATM transactions per statement period. ATM fee for each additional non-Wells Fargo ATM cash withdrawal transactions will be assessed. Surcharges imposed by non-Wells Fargo ATM owners or operators will apply. If your account is converted into Optimize Business Checking from another account, this benefit will start the following calendar month.
- No Overdraft Protection Transfer Fee from eligible business savings account

## Recoupment fee for Analyzed Business Checking

The FDIC charges each insured bank a fee to cover its share of the cost of providing deposit insurance to depositors. The FDIC does not charge a bank's depositors for deposit insurance or require banks to pass the cost of deposit insurance on to their depositors. The FDIC does, however, permit a bank to recoup the cost of deposit insurance from its depositors, so long as the fee the bank charges its depositors does not reveal information that could be used to determine the bank's confidential supervisory ratings or mislead depositors by implying the FDIC is charging the fee.

The Bank assesses this Recoupment fee to partially recover insurance premiums it pays to the FDIC for deposit insurance. The amount of the Recoupment fee appears on your monthly account statement or client analysis statement and is based on the monthly average ledger balance maintained in your account. The Recoupment fee is subject to change by the Bank at any time without notice.

# Specialized Accounts

| | **Federal Agency Checking**<br>**State/Local Government Checking**<br>**US Government Checking** | **Interest on Lawyers Trust Account (IOLTA)**<br>**Analyzed Interest on Lawyers Trust Account (IOLTA)**<br>**Real Estate Trust Account (RETA)** |
|---|---|---|
| **Monthly service fee** | $10 | N/A |
| **How to avoid monthly service fee each fee period** (only one option required per account) | • $500 minimum daily balance<br>• $1,000 average ledger balance | There is no monthly service fee for these accounts. All other fees are the account holder's responsibility. |
| **Minimum opening deposit** | $25 | $25 |
| **Transactions fee** (per fee period) | First 200 transactions: $0<br>Over 200 transactions: $0.50 each<br>Transactions means all checks deposited, and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments | N/A |
| **Cash deposit processing fee** (per fee period) | First $7,500: $0<br>Over $7,500: $0.30 per $100 | N/A |
| **Interest-bearing** | Yes; interest rates are variable | Yes; interest rates are variable |
| **Optional Overdraft Protection** | N/A | N/A |
| **Debit Card Overdraft Service** | N/A | N/A |

**IOLTA, Analyzed IOLTA, and RETA**

These accounts are subject to applicable state laws and rules. This includes payment of interest, reporting of information to third parties where required, including overdrafts and returned items, and the account holder's responsibility to pay for fees assessed in connection with the account. The Bank isn't responsible for overdrafts caused by fees. These accounts are not eligible for ATM/Debit Card.

**IOLTA and RETA**

Service fees are paid via deposit of non-trust funds sufficient to cover such fees, where permitted, or via cash at the time of the transaction.

**Analyzed IOLTA**

Service fees are paid via a linked, eligible analyzed billing account (required). Analyzed IOLTA isn't eligible for earnings allowance.

**IOLTA and RETA State-specific program names**

**For IOLTA:** Alabama Law Foundation (ALF) or Alabama Civil Justice Foundation (ACJF), Colorado Lawyer Trust Account Foundation (COLTAF), Florida Interest on Trust Account (IOTA), New York Interest on Lawyer Account (IOLA)

**For RETA:** Colorado Association of Realtors Housing Opportunity Foundation (CARHOF), Maryland Affordable Housing Trust (MAHT)

# Business Market Rate Savings & Business Platinum Savings

| | Business Market Rate Savings | Business Platinum Savings |
|---|---|---|
| **Monthly service fee** | $5 | $15 |
| **How to avoid monthly service fee each fee period** (only one option required per account) | • $300 minimum daily balance<br>• A total amount of $25 or more of automatic transfers from a Wells Fargo business checking account into this savings account | • Linked to Navigate Business Checking<br>• Linked to Optimize Business Checking<br>• $10,000 minimum daily balance |
| **Minimum opening deposit** | $25 | $25 |
| **Deposited items fee** (per fee period) | First 20 items: $0<br>Over 20 items: $0.50 each | First 20 items: $0<br>Over 20 items: $0.50 each |
| **Cash deposit processing fee** (per fee period) | First $5,000: $0<br>Over $5,000: $0.30 per $100 | First $5,000: $0<br>Over $5,000: $0.30 per $100 |
| **Interest-bearing** | Yes; interest rates are variable | Yes; interest rates are variable |
| **Check writing** | Yes | Yes |

# Time Accounts (CDs)

| | Business Time Account (CD) |
|---|---|
| **Minimum opening deposit** | $2,500 |
| **Terms** | • From 3 months to 144 months (12 years)<br>• From 30-day to 365-day terms also available for balances of $100,000 or more |
| **Interest-bearing** | Yes; interest rate is fixed and based on rate available at account opening |
| **Withdrawals during term of account** | We'll calculate any early withdrawal penalty using the interest rate in effect for your CD at the time of the early withdrawal. See "Early withdrawal penalty and Regulation D penalty" in the "Time Accounts (CDs)" section of the Deposit Account Agreement. |

# Overdraft Services

| | | |
|---|---|---|
| **Overdraft, Returned Items (Non-Sufficient Funds/NSF)** Third parties or other banks may impose additional charges for returned items | Standard fee for overdraft or item returned for non-sufficient funds | $35 per item |
| **Overdraft Protection transfer/advance** | From eligible business savings accounts | $12.50 per transfer |
| | From eligible business credit account | See your Credit Agreement |

## Overdraft and returned item fees

We may charge an overdraft fee for any item we pay into overdraft, and we may charge a returned item fee each time we return any item unpaid. We limit our overdraft and/or returned item fees to eight per business day. We won't assess an overdraft or non-sufficient funds/NSF fee on items of $5 or less. If both your ending daily account balance and available balance are overdrawn by $5 or less after we have processed all of your transactions, we won't assess an overdraft fee on the items. To learn more about overdrafts, see the "Available Balance, Posting Transactions, and Overdrafts" section in the Deposit Account Agreement.

## Overdraft Protection transfer/advance fees

The transfer/advance fee depends on the account type you have linked to your checking account for Overdraft Protection, if any. We'll charge the transfer fee to your checking account when we transfer funds from your business savings account. If we advance funds from your business credit account, we'll charge the fee to your credit account.

**Transfers from linked eligible business savings account:** If the available balance in your savings account is $25 or more and can cover the overdraft (plus the Overdraft Protection Transfer Fee), we'll transfer the exact amount needed or a minimum of $25. If the available balance in your savings account is less than either $25 or the amount needed, we'll transfer the available balance.

**Advances from linked eligible business credit account:** If the available credit in your credit account is $25 or more and can cover the overdraft, we'll advance the exact amount needed or a minimum of $25. If the available credit in your credit account is less than either $25 or the amount needed, we'll advance the available credit. Interest charges may apply.

# Service Fees

When using your Wells Fargo accounts, you'll pay charges for specific transactions and services. We base your account fees on the type of account you have and the services you use. **Your account may provide a discount or fee waivers on certain fees listed below.** Your business accounts base certain fees on the amount and type of activity in your account each fee period. Please review information about your account in this Business Schedule for additional details. Some fees may be offset by your earnings allowance if you have Analyzed Business Checking or Optimize Business Checking.

| | | | | |
|---|---|---|---|---|
| **ATM and debit cards**[1] | **Wells Fargo ATMs** | | | No fee |
| | **Non-Wells Fargo ATMs** | | | |
| | Balance inquiry | | | $2.00 each |
| | Funds transfer | | | $2.00 each |
| | Cash withdrawals– U.S./U.S. territories[2] | | | $2.50 each |
| | Cash withdrawals – International | | | $5.00 each |
| | **International purchase transactions** | | | |
| | For each purchase in a foreign currency that a network converts into a U.S. dollar amount | | | 3% of transaction amount |
| | **Debit card over-the-counter cash disbursement at a non-Wells Fargo Bank** | | | |
| | U.S./U.S. territories[2] | | | $3 per teller transaction |
| | International | | | 3% of transaction amount |
| **Cashed/deposited item returned unpaid** | | | | $12 per item (for any reason) |
| **Cashier's checks** | | | | $10 |
| **Checks** | Check cashing: non-customers cashing business checks drawn on Wells Fargo | | | $7.50 |
| | Personalized temporary checks (counter checks) | | | $3 per sheet of three checks |
| | Check printing (prices vary by quantity, style, and design) | | | Varies |
| **Check image**<br>Available for checking accounts with paper statements | **Account** | **Service** | **Image** | |
| | All accounts except those listed below | Classic | front of checks only | $2.00 monthly fee* |
| | | Premium | front and back of checks | $3.50 monthly fee* |
| | Optimize, IOLTA, Analyzed IOLTA, RETA | | | No fees |
| | Analyzed accounts | Classic | front of checks only | $2.00 monthly fee* up to 75 images |
| | | | | $0.03 per image 76+ |
| | | Premium | front and back of checks | $4.00 monthly fee* up to 75 images |
| | | | | $0.06 per image 76+ |
| | | Enhanced | enlarged check images | $60 monthly fee* (waived for Optimize Business Checking) |
| | | | | $0.35 per image |
| | *Fee only assessed when check images are included in your account statement for all accounts except analyzed accounts with the Enhanced service option. The fee for this service is posted to your account on the last business day of the fee period. For analyzed accounts, the fee is posted on your monthly analysis statement. | | | |

[1] You may be charged fees for use of your debit card and ATM card by third parties such as stores and merchants, and by other banks and financial institutions for use of non-Wells Fargo ATMs. For your debit card, you may be charged by other banks and financial institutions for over-the-counter cash disbursements at their branches.

[2] U.S. includes the 50 states of the United States as well as the U.S. territories of American Samoa, Guam, Northern Mariana Islands, Puerto Rico, U.S. Minor Outlying Islands, and U.S. Virgin Islands.

# Service Fees (continued)

| | | |
|---|---|---|
| **Coin/currency** | **All accounts other than analyzed accounts** | |
| | Coin order | First 15 rolls: $0<br>Over 15 rolls: $0.15 per roll |
| | Currency order | First $1,000: $0<br>Over $1,000: $0.13 per $100 |
| | **Analyzed accounts** | |
| | Coin order | $0.15 per roll |
| | Currency order | $0.0013 per $1 |
| | Change order request | $5.25 each |
| **Collections (U.S.)**[2] | Incoming and outgoing | $25 per item |
| **Deposit Account Control Agreement** | Account maintenance per month | $275 per account |
| | Setup/Amend simple | $750 per agreement |
| | Setup/Amend complex | $1,500 per agreement |
| **Deposit correction/ adjustment** | | $7.50 per correction |
| **Foreign and international services**[2] | **Delivery fee**<br>Varies depending on service provided, order method (online, from a phone banker, or at a banking location) and delivery method | Fees vary |
| | **Foreign drafts** | |
| | Bank draft payable in foreign currency | $30 per order |
| | Foreign draft stop payment | $75 each |
| | International item collection ($250 minimum item amount) | $75 each |
| | **International item deposited** | |
| | In U.S. and foreign currency | $5 each |
| | International item returned unpaid | $15 each |
| | Outgoing international U.S. currency/foreign currency (both one-time and repetitive) | Fee disclosed at the time of transaction |
| **Legal process fee** | Includes levy, writ, garnishment, and any other legal documents that require funds to be attached | $125 each; maximum $250 per account, per calendar month |
| **Money order** | up to $1,000 | $5 each |
| **Money service business designation** | | $75 per month per account used to conduct money service |
| **Research and verification of accounts** | | $25 per hour ($25 minimum) |
| **Statements** | **DDA statement – special request**<br>Special requests include: duplicate DDA statement, hold statement, special mailing instructions | $7.50 per statement |
| | **Fiscal calendar setup/change (analyzed accounts)**<br>This fee is charged when you request customized statement period dates based on your business's fiscal calendar | $35 each |
| **Stop payments** | Paper or ACH item | $31 each |

[2] Fees may be charged by third parties or other banks, in addition to those described above. Note that fees in respect of items denominated in foreign currency are separate from, and are in addition to, the applicable exchange rate applied to the foreign currency conversion.

# Service Fees (continued)

| | | Domestic | International | |
|---|---|---|---|---|
| | | | **U.S. currency** | **Foreign currency** |
| **Wire transfers all accounts**[2] | Incoming | $15 each | $16 each | $16 each |
| | Outgoing | $30 each | $45 each | $35 each |
| | Repetitive outgoing | $25 each | $40 each | $30 each |

| | | Outgoing domestic | Outgoing international | |
|---|---|---|---|---|
| **Wire transfers analyzed accounts** | Wire in via correspondent bank - U.S./foreign currency | | $7 per transfer | |
| | | | **U.S. currency** | **Foreign currency** |
| | Branch | $30 each | $45 each | $35 each |
| | Voice | $30 each | $45 each | $35 each |
| | Voice repetitive | $25 each | $40 each | N/A |
| | Voice drawdown | $20 each | N/A | N/A |
| | Auto standing | $18 each | $30 each | N/A |

| | | |
|---|---|---|
| **Wire transfer fee additional charges for analyzed accounts** | Fax/email advice | $5 per wire |
| | Fax/email wire report monthly base | $37 per account |
| | Mail advice | $8 per wire |
| | Outgoing wire returned | $55 each |
| | Voice wire monthly base | $6 per month, per account |
| | Wire investigation | $65 per wire |
| | Wire repair surcharge – incoming/outgoing | $9 each |

| | |
|---|---|
| **Wire transfer fees charged by third parties or other banks** | Third parties or other banks may charge fees in addition to those described above |

[2] Fees may be charged by third parties or other banks, in addition to those described above. Please note that fees in respect of items denominated in foreign currency are separate from, and are in addition to, the applicable exchange rate applied to the foreign currency conversion.

# Questions? We're here for you

| | |
|---|---|
| Phone | **1-800-225-5935** |
| Deaf or hard of hearing customers | We accept all relay calls, including 711. |
| Online | Visit **wellsfargo.com/biz** |

© 2021 Wells Fargo Bank, N.A. All rights reserved.
Member FDIC.
BBG6788 (5/28/2021)