Bryan D. Leinbach
ZEICHNER ELLMAN & KRAUSE LLP
730 Third Avenue
New York, New York 10017
(212) 223-0400
*bleinbach@zeklaw.com*

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 218 Broadway, LLC and Pentalon Construction, Inc.<br><br>Plaintiffs,<br><br>v.<br><br>J.P. Morgan Chase Bank, N.A.; Wells Fargo Bank, N.A.; and John Doe Chase Employees #1-#10,<br><br>Defendants. | Case No: 1:25-cv-07386-LJL<br><br>**DECLARATION OF BRYAN D. LEINBACH**<br><br>ORAL ARGUMENT REQUESTED |

BRYAN D. LEINBACH, pursuant to 28 U.S.C. § 1746, states the following:

1. I am a member of Zeichner Ellman & Krause LLP, attorneys for defendant Wells Fargo Bank, N.A. ("Wells Fargo"). I submit this declaration in support of Wells Fargo's motion for an Order: (i) pursuant to Federal Rule of Civil Procedure 12(b), dismissing plaintiffs' verified complaint; and (ii) granting such other and further relief as the Court deems just and proper.

2. Attached as **Exhibit 4** is a copy of plaintiffs' summons and verified complaint dated August 7, 2025. The summons and verified complaint are attached to the Notice of Removal by JPMorgan Chase Bank, N.A. ("Chase") dated September 5, 2025 (ECF 1).

3. By Order dated September 10, 2025, this Court enlarged the time of Wells Fargo and Chase to respond to the Complaint to November 12, 2025.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2025

/s/Bryan Leinbach

BRYAN D. LEINBACH