UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

218 BROADWAY, LLC, et al.,

                            Plaintiffs,

       -v-

J.P. MORGAN CHASE BANK, N.A.,

                            Defendants.

------------------------------------------------------------------------X

25-cv-7386 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Defendants' motion for a stay of discovery is DENIED for the reasons provided on the record during today's initial pretrial conference.

The Clerk of Court is respectfully directed to close Dkt. No. 28.

SO ORDERED.

Dated: March 2, 2026
      New York, New York

                              LEWIS J. LIMAN
                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   3/2/2026