**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

218 BROADWAY, LLC and PENTALON CONSTRUCTION, INC,

Plaintiffs,

25 **CIVIL** 7386 (LJL)

-against-

# JUDGMENT

J.P. MORGAN CHASE BANK, N.A., et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated July 14, 2026, Defendants' motions to dismiss are GRANTED and Plaintiffs' Complaint is DISMISSED with prejudice; accordingly, the case is closed.

**DATED**: New York, New York
August 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**